# **EXHIBIT C**

Employee Wages and Benefits for Next Payroll

|    | Job Description | | Prepetition Unpaid Wages | Accrued Vacation Dollars | Accrued Sick Hours |
|----|----|----|----|----|----|
| 1  | Firm Administrator | Salary-Full Time | $ 1,385.00 | $ 960.00 | 288 |
| 2  | Accounting | Salary-Full Time | $ 1,000.00 | $ 312.50 | 113 |
| 3  | Case Billing/File Transfers | Salary- Part Time | $ 508.00 | $ 211.54 | 162 |
| 4  | HR, Payroll & Benefits | Salary-Full Time | $ 927.00 | $ 324.52 | 288 |
| 5  | Collections | Salary-Full Time | $ 646.00 | $ 179.42 | 74 |
| 6  | Billing | Salary- Part Time | $ 606.00 | $ 449.62 | 264 |
| 7  | Billing | Salary- Part Time | $ 600.00 | $ 166.66 | 96 |
| 8  | File Transfers | Hourly | $ 240.00 | $ - | 0 |
| 9  | File Transfers | Hourly | $ 298.00 | $ - | 0 |
| 10 | Billing | Hourly | $ 279.00 | $ - | 0 |

**Estimated prepetition unpaid wages** $ 6,489.00

**Estimated employer taxes** $ 648.90