Debtor name   **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **23-40134**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..............................................................................    $            **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................    $       **5,749,098.95**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................    $       **5,749,098.95**

### Part 2:   Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $            **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $            **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$       **1,057,817.84**

4.    **Total liabilities** ........................................................................................................
     Lines 2 + 3a + 3b          $       **1,057,817.84**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*    **23-40134**

☐ Check if this is an
     amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **City National Bank (CNB)** | **Checking - General Account** | **2751** | **$1,374,091.22** |
| 3.2. | **City National Bank (CNB)** | **Main Cost Account** | **5630** | **$0.00** |
| 3.3. | **City National Bank (CNB)** | **Branch Cost Account** | **5622** | **$0.00** |
| 3.4. | **Bank of the West** | **Payroll** | **6766** | **$7,585.85** |
| 3.5. | **Bank of the West** | **Trust** | **8529** | **$362,806.01** |
| 3.6. | **City National Bank** | **PPP** | **4177** | **$17,500.00** |

4.    **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | $1,761,983.08 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Security Deposit for Office Lease - Concord Center Investors, LLC** | $23,694.46 |
|---|---|---|
| 7.2. | **Security Deposit for Office Lease - Hinomaru International Corporation** | $0.00 |
| 7.3. | **Security Depost for Office Lease - FCA University Park, LLC** | $0.00 |
| 7.4. | **Security Deposit for Office Lease - 4th Street San Jose Partners, LLC** | $21,767.68 |
| 7.5. | **Security Deposit for Office Lease - 100 Bush Corporation** | $2,241.46 |
| 7.6. | **Security Deposit for Office Lease - The Benavente-Icaza Family Trust** | $0.00 |
| 7.7. | **Security Deposit for Office Lease - Erwin, LLC** | $1,283.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | **Prepaid Insurance - Aspen LPL** | $144,696.00 |
|---|---|---|
| 8.2. | **Prepaid Insurance - Marsh/Executive Risk** | $1,144.00 |
| 8.3. | **Prepaid Insurance - Marsh/Berkley D&O** | $16,362.00 |
| 8.4. | **Prepaid Insurance - Marsh/Vigilant** | $8,146.00 |

Case: 23-40134   Doc# 48   Filed: 02/17/23   Entered: 02/17/23 18:05:51   Page 3 of 40

| 8.5. | **Prepaid Insurance - Marsh/Federal (Umbrella)** | $1,111.00 |
|---|---|---|
| 8.6. | **Prepaid Insurance - Marsh/Federal (Cyber/Crime/Fiduciary)** | $3,961.00 |
| 8.7. | **Prepaid Insurance - Marsh/Federal (Non-Owned Auto)** | $224.00 |
| 8.8. | **Payment to Dissolution Committee Member, Von Reyes** | $1,000.00 |
| 8.9. | **Payment to Dissolution Committee Member, Sharon Hightower** | $1,000.00 |
| 8.10. | **Payment to Dissolution Committee member, Albert Terry Finch** | $1,000.00 |

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$227,630.60

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 721,942.00 | - | 75,000.00 | = .... | $646,942.00 |
| 11a. 90 days old or less: | 1,238,603.00 | - | 125,000.00 | = .... | $1,113,603.00 |
| 11a. 90 days old or less: | 2,544.00 | - | 0.00 | = .... | $2,544.00 |
| 11b. Over 90 days old: | 1,038,664.00 | - | 385,000.00 | =.... | $653,664.00 |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$2,416,753.00

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture**<br>See attached schedule | Unknown | Liquidation | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment (1210) Noncomputer and (1220) computer - see attached schedules** | Unknown | Liquidation | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 5 of 40

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Postage Meters - Leased** | $0.00 | | Unknown |

| | |
|---|---|
| 51.    **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $0.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **Office Lease - 835<br>Wilshire Blvd., Suite<br>500, Los Angeles, CA<br>90017** | **Tenant** | $0.00 | | $0.00 |
| 55.2.   **Office Lease - 2300<br>Clayton Road, Suite<br>350, Concord, CA<br>94520** | **Tenant** | $0.00 | | $0.00 |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 6 of 40

| | | | | |
|---|---|---|---|---|
| 55.3. | **Office Lease - 100 Howe Avenue, Suites 110S and 115S, Sacramento, CA 95825** | Tenant | $0.00 | $0.00 |
| 55.4. | **Office Lease - 210 North Fourth Street, Suite 350, San Jose, CA 95112** | Tenant | $0.00 | $0.00 |
| 55.5. | **Office Lease - 100 Bush Street, Suite 201, San Francisco, CA 94104** | Tenant | $0.00 | $0.00 |
| 55.6. | **Office Lease - 1430 Truxton Avenue, Suite 805, Bakersfield, CA 93301** | Tenant | $0.00 | $0.00 |
| 55.7. | **Office Lease - 570 Lennon Lane, Walnut Creek, CA** | Tenant | $0.00 | $0.00 |

56. **Total of Part 9.**                                                                                           | $0.00 |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites ERICKSENLEGAL.COM, 3-year term expires 7/26/2025** | Unknown | | Unknown |

| | | |
|---|---|---|
| **ERICKSEN.LEGAL**<br>3 year term expires 8/22/2025 | Unknown | Unknown |
| **ERICKSENLAWFIRM.COM**<br>3 year term expires 9/27/05 | Unknown | Unknown |
| **EAKDL.COM**<br>3-year term | Unknown | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                     **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                          **Current value of<br>debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

| | | | |
|---|---|---|---|
| **Stock Note I - Jesse A. Boyd** | **61,790.76** – <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$61,790.76** |
| **Stock Note VI- Joseph Minioza<br>(1/1/2019)** | **20,307.46** – <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$20,307.46** |
| **Stock Note V - Joseph Minioza<br>(10/1/2018)** | **20,748.50** – <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$20,748.50** |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 8 of 40

| Stock Note III - Brian M. Sanders (10/1/2018) | 13,382.45 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $13,382.45 |
|---|---|---|---|---|---|
| Stock Note IV - Brian Sanders (1/1/2019) | 20,739.46 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $20,739.46 |
| Stock Note VI - Albert (Terry) Finch | 13,935.70 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $13,935.70 |
| Stock Note IV - Von Reyes | 7,700.24 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $7,700.24 |
| Stock Note V - Von Reyes | 20,307.46 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $20,307.46 |
| Stock Note VI - Von Reyes | 20,748.50 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $20,748.50 |
| Stock Note IV - Joseph Minioza | 7,792.39 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $7,792.39 |
| Stock Note VII - William A. Jenkins | 14,289.84 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $14,289.84 |
| Stock Note V - David J. Frakenberger | 7,556.11 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $7,556.11 |
| Stock Note VI - David J. Frankenberger | 41,497.18 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $41,497.18 |
| Stock Note VII - David J. Frakenberger | 21,076.68 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $21,076.68 |
| Stock Note IV - Angela Kim | 21,441.98 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $21,441.98 |
| Stock Note III - Norma P. Chavez | 7,917.56 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $7,917.56 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

    **Estimated net operating losses**        Tax year **2022**      $1,000,000.00

73. **Interests in insurance policies or annuities**
**Chubb Commercial Excess and Umbrella Insurance, policy XXX-65-94, expires 7/6/2023**      Unknown

| | |
|---|---|
| **Aspen LPL Insurance Policy** | **Unknown** |
| **Marsh/Executive Risk - EPL insurance policy #XXXX0776** | **Unknown** |
| **Marsh/Berkley D&O Policy #XXXXXXXX0P21** | **Unknown** |
| **Marsh/Vigilant Package Insurance Coverage - Policy #XXXX6967** | **Unknown** |
| **Marsh/Federal Umbrella Insurance Policy #XXXX6594** | **Unknown** |
| **Marsh/Federal Cyber/Crime/Fiduciary (CL Exec) Policy ####7430** | **Unknown** |
| **Marsh/Federal Non Owned Auto Insurance Policy #XXXX2453** | **Unknown** |
| **Chubb Worker's Comp Insurance Policy #XXXX5549** | **Unknown** |
| **Hartford ERISA Bond #XXXXXXX1546, expires 5/21/23** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Collection action against Somp GRS US Asian Risk Solutions for advance of settlement funds**                    **$19,500.00**
Nature of claim
Amount requested                    **$19,500.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Setoff for amounts owed to the Debtor vs. amounts owed to shareholders**                    **$0.00**
Nature of claim
Amount requested                    **$0.00**

**Oliver v. Meow Wolf, Inc and Vince Kadlubek, Case No. 1:20-cv-00237-KK-SCY, U.S. District Court for the District of New Mexico**                    **Unknown**
Nature of claim    Interest in contingency fee litigation
Amount requested                    **$0.00**

76. **Trusts, equitable or future interests in property**

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 10 of 40

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Credit balance after event cancellation - Terrenea Resort, Rancho Palos Verdes, CA**      $2,000.00

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.      $1,342,732.27

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**    Case number *(If known)* **23-40134**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,761,983.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $227,630.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,416,753.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,342,732.27 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,749,098.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,749,098.95 |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 12 of 40

Ericksen Law Office

**Book Fixed Asset**

94-2271850
FYE: 9/30/2023

| Asset Acct | ID Number | Property Description | Date In Service | CA Cost | CA FYE 9/30/23 Depreciation | CA Prior Depreciation |
|---|---|---|---|---|---|---|
| **Asset Acct: 1210.00** | Equipment | | | | | |
| | | | | | | |
| **Location: 00** | Walnut Creek | | | | | |
| 1210.00 | EA0055 | File Cabinets, Hon 5 Dr 36" Putty (2) | 9/11/00 | 1,271.94 | 0.00 | 1,271.94 |
| 1210.00 | EA0004 | Lateral Files,Cole 5 Drawer (2) | 1/01/88 | 1,273.41 | 0.00 | 1,273.41 |
| 1210.00 | EA0017 | Lateral Files Harbor 5DR (2) | 8/19/92 | 1,595.61 | 0.00 | 1,595.61 |
| 1210.00 | EAN001 | Typewriter, IBM Selectric | 9/01/81 | 1,101.00 | 0.00 | 1,101.00 |
| 1210.00 | EAN021 | Toshiba DKT 20205D telephone (2) | 5/24/02 | 903.86 | 0.00 | 903.86 |
| 1210.00 | EA0079 | (2) 36" 5 drw Putty Legal File Cabinet | 12/02/02 | 1,194.00 | 0.00 | 1,194.00 |
| 1210.00 | EA0080 | Canon Fax Laserclass 3175 | 10/01/02 | 3,085.13 | 0.00 | 3,085.13 |
| 1210.00 | EA0086 | (2) 3 Drawer 30" Putty Lateral File | 6/16/03 | 730.69 | 0.00 | 730.69 |
| 1210.00 | EA0094 | Putty 3 Drawer/Charcoal Ergonomic Chair | 1/13/04 | 587.80 | 0.00 | 587.80 |
| 1210.00 | EA-0108 | 5 dr. side to side lateral file | 8/15/06 | 866.00 | 0.00 | 866.00 |
| 1210.00 | EA0111 | Refrigerator 20-23 CU FT | 3/08/07 | 522.57 | 0.00 | 522.57 |
| 1210.00 | EA0114 | Fax-Muratec F-520 | 8/28/07 | 1,786.03 | 0.00 | 1,786.03 |
| 1210.00 | EAN0036 | Toshiba Strategy voice mail unit | 12/12/07 | 1,270.00 | 0.00 | 1,270.00 |
| 1210.00 | EA0128 | Copier Image Runner 5055 | 12/29/08 | 13,597.38 | 0.00 | 13,597.38 |
| 1210.00 | EA0128 | Shelf for Server | 1/23/09 | 308.73 | 0.00 | 308.73 |
| 1210.00 | EA0167 | Ricoh Aficio MPC4502 Copier (WC) | 7/18/13 | 7,698.98 | 0.00 | 7,698.98 |
| 1210.00 | EA175 | Fellowes sb-99Ci Shredder (WC) | 10/13/14 | 260.22 | 0.00 | 260.22 |
| 1210.00 | EA177 | Panasonic RR930 Transcriber (WC) | 1/01/15 | 272.47 | 0.00 | 272.47 |
| 1210.00 | EA178-EA179 | 5 Drawer Lateral Files -2 (WC) | 5/15/15 | 1,976.87 | 0.00 | 1,976.87 |
| 1210.00 | EA180 | Wireless Headset (TRF to Palmer) | 12/17/15 | 230.90 | 0.00 | 230.90 |
| 1210.00 | EA192 | Electric Stapler (WC) | 3/04/17 | 44.73 | 0.00 | 44.73 |
| 1210.00 | EA198 | Sharp 10-key (JET) | 7/06/17 | 147.39 | 0.00 | 147.39 |
| 1210.00 | EAN0057 | Pwr Supply/Batt - Phone Sys (WC) | 7/12/18 | 363.20 | 54.48 | 308.72 |
| 1210.00 | EAN0060 | Phone (Reception - WC) | 1/30/19 | 70.68 | 14.14 | 51.84 |
| 1210.00 | EA220 | IN360 Mailiing System (WC) | 1/31/19 | 2,149.38 | 429.88 | 1,576.22 |
| 1210.00 | EA232 | Brother Laser Printer (Mcghee-WFH) | 3/27/20 | 186.18 | 37.24 | 93.10 |
| 1210.00 | EA234 | HoMedics Air Purifier (WC) | 7/16/20 | 140.72 | 28.14 | 60.97 |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bank of the West** | | | |
|---|---|---|---|---|

| | **Amount of claim** | **Value of collateral** |
|---|---|---|
| | **$0.00** | **$0.00** |

| **Bank of the West** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **All Assets - Equipment, Inventory, Accounts and Contract Rights, General Intangibles, Chattel Paper and Documents, monies, Deposits or Accounts in Possession** |
|---|---|

**PO Box 515274**
**Los Angeles, CA**
**90051-6574**
Creditor's mailing address

**Describe the lien**
**UCC-1**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**9/30/1994**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Jan Duldulao**<br>**3997 Finch Ave**<br>**Antioch, CA 94509** | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Jim Therien**<br>**208 Murcia Court**<br>**Danville, CA 94506** | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

41715

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| 2.3 | **Kimberly Johnson**<br>**1054 Panadero Court**<br>**Clayton, CA 94517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| 2.4 | **Laura Facen**<br>**2211 Redwood St. #120**<br>**Vallejo, CA 94590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| 2.5 | **Marlyne Martinez**<br>**22251 Moyers Street**<br>**Castro Valley, CA 94546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| 2.6 | **Milliman, Inc.**<br>**12790 Merit Drive**<br>**Suite 800**<br>**Dallas, TX 75251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee pension contribution** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Pam Davis** | *Check all that apply.* | | |
| | **2843 Estara Avenue** | ☐ Contingent | | |
| | **Los Angeles, CA 90065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **For notice purposes only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| --- | --- |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Rajalakshi Sundaram** | *Check all that apply.* | | |
| | **6430 Stoneridge Mall Road** | ☐ Contingent | | |
| | **Apt L204** | ☐ Unliquidated | | |
| | **Pleasanton, CA 94588** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
| --- | --- |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Rocio Suarez** | *Check all that apply.* | | |
| | **1885 Lucille Lane** | ☐ Contingent | | |
| | **Pleasant Hill, CA 94523** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **For notice purposes only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| --- | --- |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Sharlene Welday** | *Check all that apply.* | | |
| | **4398 N Winterberry Court** | ☐ Contingent | | |
| | **Concord, CA 94521** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **For notice purposes only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| --- | --- |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 17 of 40

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Viorica Stoenescu**<br>**400 Summercreek Lane**<br>**San Ramon, CA 94583** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.65 |
|---|---|---|---|
| | **Absolute Court Reporters, LP**<br>**80 Garden Ct.**<br>**Suite 107**<br>**Monterey, CA 93940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/8/2022** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **8017** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Albert Finch**<br>**554 15th Street**<br>**Santa Monica, CA 90402** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Stock Repurchase Obligation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.96 |
|---|---|---|---|
| | **Alexander Promm**<br>**4515 Melody Drive**<br>**Suite 10**<br>**Concord, CA 94521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/14/2022** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Andrew Kozlow**<br>**2942 Divisadero St.**<br>**San Francisco, CA 94123-3823** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Stock Repurchase Obligation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,945.77 |
|---|---|---|---|
| | **Andrew Kozlow**<br>**2942 Divisadero St.**<br>**San Francisco, CA 94123-3823** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/1/2021** | Basis for the claim:  **Stock Note Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 18 of 40

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew P Sclar**
**1143 Garden Lane**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,250.00** |
|---|---|---|---|

**Andrew Wachtel, MD**
**524 N. Rexford Dr.**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Angela Kim**
**3053 Punta Del Este Drive**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aperture LLC**
**VA Forensics**
**2784 Gateway Rd., Ste. 101**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Aprio**
**PO Box 117310**
**Atlanta, GA 30368-7310**

Date(s) debt was incurred _

Last 4 digits of account number  **9189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.94** |
|---|---|---|---|

**AT&T02**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

Date(s) debt was incurred  **12/20/2022**

Last 4 digits of account number  **3566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.58** |
|---|---|---|---|

**AT&T05 VoIP**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred  **12/11/2022**

Last 4 digits of account number  **8135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,432.98**

**Batza & Associates Inc**
**23504 Lyons Avenue**
**Ste 403**
**Santa Clarita, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brett Runyon**
**1537 Columbia Drive East**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Stock Repurchase Obligation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Sanders**
**5249 Mohican Way**
**Antioch, CA 94531**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Stock Repurchase Obligation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,270.00**

**CalendarRules**
**3000F Danville Blvd.**
**Ste 276**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2022

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$611.79**

**Caltronics03**
**J.J.R. Enterprises Inc**
**File 2388**
**1801 W Olympic Blvd**
**Pasadena, CA 91199-2388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/8/2022

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261.89**

**Caltronics06**
**J.J.R. Enterprises Inc**
**File 2388**
**1801 W Olympic Blvd**
**Pasadena, CA 91199-2388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/15/2022

**Basis for the claim:**   Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,915.00**

**Castle, Dekker & Bellagamba**
**30 Oak Court**
**Danville, CA 94526-4006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/17/2022

**Basis for the claim:**   Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40134  Doc# 48  Filed: 02/17/23  Entered: 02/17/23 18:05:51  Page 20 of 40

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles S. Painter**
**4139 St. Anselm Court**
**Fair Oaks, CA 95628**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163.60** |
|---|---|---|---|

**Comcast03**
**PO Box 60533**
**City of Industry, CA 91716-0533**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _12/11/2022_

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,748.42** |
|---|---|---|---|

**Comcast04**
**PO Box 60533**
**City of Industry, CA 91716-0533**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _11/3/2022_

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$208.79** |
|---|---|---|---|

**Continuing Education of the Bar03**
**PO Box 741661**
**Los Angeles, CA 90074-1661**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _10/13/2022_

Last 4 digits of account number _0206_

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$561.90** |
|---|---|---|---|

**Creekside Court Reporting, Inc.**
**2425 Porter Street, Suite 9**
**Soquel, CA 95073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _10/25/2022_

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dave Frankenberger**
**1884 Ellery Lane**
**Clovis, CA 93611**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Douglas M. Kilduff**
**641 Mystic Lane**
**Sacramento, CA 95864**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,822.92 |
|---|---|---|---|

**Douglas M. Kilduff**
**641 Mystic Lane**
**Sacramento, CA 95864**

Date(s) debt was incurred  **10/1/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Stock Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,077.08 |
|---|---|---|---|

**Estech Systems Inc.00**
**PO Box 941294**
**Plano, TX 75094-1294**

Date(s) debt was incurred  **1/28/2020**

Last 4 digits of account number  **6216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,404.98 |
|---|---|---|---|

**Estech Systems Inc.03**
**PO Box 941294**
**Plano, TX 75094-1294**

Date(s) debt was incurred  **10/30/2020**

Last 4 digits of account number  **5154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,673.44 |
|---|---|---|---|

**Estech Systems Inc.06**
**PO Box 941294**
**Plano, TX 75094-1294**

Date(s) debt was incurred  **1/28/2020**

Last 4 digits of account number  **4594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.08 |
|---|---|---|---|

**FEDEX03**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  **12/9/2022**

Last 4 digits of account number  **2964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.52 |
|---|---|---|---|

**FEDEX06**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  **12/16/2022**

Last 4 digits of account number  **4458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.06 |
|---|---|---|---|

**FEDEX06**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  **12/23/2022**

Last 4 digits of account number  **6741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**First Legal Network LLC**
PO Box 743451
Los Angeles, CA 90074-3451

Date(s) debt was incurred _

Last 4 digits of account number **2247**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,898.20**

---

**3.35** | Nonpriority creditor's name and mailing address

**Geoffrey M. Miller, M.D., A.P.C.**
400 Continental Blvd., 6th Floor
El Segundo, CA 90245

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,200.00**

---

**3.36** | Nonpriority creditor's name and mailing address

**George Hernandez**
2120 East Hill Street
109 S
Signal Hill, CA 90755

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.37** | Nonpriority creditor's name and mailing address

**George Hernandez**
2120 East Hill Street
109 S
Signal Hill, CA 90755

Date(s) debt was incurred **10/1/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stock Note Payable**

Is the claim subject to offset? ☑ No ☐ Yes

**$125,295.49**

---

**3.38** | Nonpriority creditor's name and mailing address

**Golkow Litigation Services, LLC**
PO Box 94623
Las Vegas, NV 89193

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,847.50**

---

**3.39** | Nonpriority creditor's name and mailing address

**Graham Cridland**
1932 Picasso Ave
Davis, CA 95618

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Stock Repurchase Obligation**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.40** | Nonpriority creditor's name and mailing address

**Imagine Court Reporters, Inc.**
1350 Columbia Street, Unit 703
San Diego, CA 92101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,566.64**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.50 |
|---|---|---|---|

**Ising's Culligan01**
**PO Box 1140**
**Livermore, CA 94551-1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/25/2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **4454**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse Boyd**
**55 Berkeley Ave.**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stock Repurchase Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph J Minioza**
**7173 Watsonia Drive**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stock Repurchase Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,425.00 |
|---|---|---|---|

**K2 Clean Energy Capital, LLC**
**900 E. Hamilton Ave., Suite 100**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|

**Karen Josephson, MD**
**903 S 1300 E**
**Mapleton, UT 84664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**LAZ Parking (01)**
**PO Box 846816**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/19/2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **4514**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,518.16 |
|---|---|---|---|

**LexisNexis - RELX**
**DBA LexisNexis**
**28544 Network Place**
**Chicago, IL 60673-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **XTRV**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79,144.52 |
|---|---|---|---|
| | **Liberty Executive Admin, Inc.** | ☐ Contingent | |
| | **2200A Douglas Blvd., Suite 120** | ☐ Unliquidated | |
| | **Roseville, CA 95661** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Trade debt** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,496.25 |
|---|---|---|---|
| | **LinkedIn Corporation** | ☐ Contingent | |
| | **62228 Collections Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693-0622** | ☐ Disputed | |
| | **Date(s) debt was incurred** **11/27/2022** | **Basis for the claim:** **Trade debt** | |
| | **Last 4 digits of account number** **2531** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,822.24 |
|---|---|---|---|
| | **Magna Legal Services** | ☐ Contingent | |
| | **Seven Penn Center** | ☐ Unliquidated | |
| | **1635 Market Street** | ☐ Disputed | |
| | **8th Floor** | | |
| | **Philadelphia, PA 19103** | **Basis for the claim:** **Trade debt** | |
| | **Date(s) debt was incurred** **10/28/2022** | | |
| | **Last 4 digits of account number** **1791** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $396.25 |
|---|---|---|---|
| | **Magna Legal Services** | ☐ Contingent | |
| | **Seven Penn Center** | ☐ Unliquidated | |
| | **1635 Market Street** | ☐ Disputed | |
| | **8th Floor** | | |
| | **Philadelphia, PA 19103** | **Basis for the claim:** **Trade debt** | |
| | **Date(s) debt was incurred** **10/6/2022** | | |
| | **Last 4 digits of account number** **4560** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $798.70 |
|---|---|---|---|
| | **Magna Legal Services** | ☐ Contingent | |
| | **Seven Penn Center** | ☐ Unliquidated | |
| | **1635 Market Street** | ☐ Disputed | |
| | **8th Floor** | | |
| | **Philadelphia, PA 19103** | **Basis for the claim:** **Trade debt** | |
| | **Date(s) debt was incurred** **12/2/2022** | | |
| | **Last 4 digits of account number** **4102** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mark L. Kiefer** | ☐ Contingent | |
| | **11204 Grayridge Drive** | ☐ Unliquidated | |
| | **Culver City, CA 90230** | ■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Stock Repurchase Obligation** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|
| | **Matthew Bender06** | ☐ Contingent | |
| | **28544 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1285** | ☐ Disputed | |
| | **Date(s) debt was incurred** **11/7/2022** | **Basis for the claim:** **Trade debt** | |
| | **Last 4 digits of account number** **0431** | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.55 | **Moe's Process Serving Inc**<br>**2300 P Street**<br>**Sacramento, CA 95816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,829.21** |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.56 | **MSR Mechanical LLC**<br>**Dept 324**<br>**PO Box 509015**<br>**San Diego, CA 92150-9015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,120.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **0001** | Is the claim subject to offset? ☐ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.57 | **Nathaniel Lucey**<br>**149 Franklin Street**<br>**Santa Cruz, CA 95060** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | Basis for the claim: **Stock Repurchase Obligation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.58 | **Nathaniel Lucey**<br>**149 Franklin Street**<br>**Santa Cruz, CA 95060** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$71,409.00** |
| | Date(s) debt was incurred **5/12/2021** | Basis for the claim: **Stock Note Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.59 | **Norma Chavez**<br>**776 Grandview Drive**<br>**Folsom, CA 95630** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | Basis for the claim: **Stock Repurchase Obligation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.60 | **One Legal**<br>**1400 N McDowell Blvd**<br>**Ste 300**<br>**Petaluma, CA 94954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$406.55** |
| | Date(s) debt was incurred **11/17/2022** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **0656** | Is the claim subject to offset? ☐ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.61 | **Pennsylvania Lumbermens Mutual Insurance Company**<br>**c/o Michael C. Cooper, Esq.**<br>**353 Sacramento St., 16th Floor**<br>**San Francisco, CA 94111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | Basis for the claim: **E&O Claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,774.50**

**Pete Fowler Construction Services, Inc.**
**PO Box 3460**
**Portland, OR 97208-3460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$868.70**

**Quill05**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,649.69**

**Quill06**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.20**

**Ray Morgan Company01**
**3131 Esplanade**
**Chico, CA 95973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2970**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.59**

**Ray Morgan Company04**
**3131 Esplanade**
**Chico, CA 95973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3333**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,372.00**

**Robert Half Legal01**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sharon Hightower**
**756 Azule Ave**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stock Repurchase Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| | |
|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** |

**3.69**

**Nonpriority creditor's name and mailing address**
**Sparkletts05**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred  **11/5/2022**

Last 4 digits of account number  **0522**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$175.81**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Steno Agency, Inc.**
**PO Box 22637**
**Pasadena, CA 91185-2637**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,832.71**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Sutton Pierce**
**1450 Sutter St. #516**
**San Francisco, CA 94109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,740.90**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Talas Engineering, Inc.**
**20902 Cabot Blvd.**
**Hayward, CA 94545**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,039.50**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**UPS03-F73174**
**PO Box 650116**
**Dallas, TX 75265-0116**

Date(s) debt was incurred  **12/10/2022**

Last 4 digits of account number  **3174**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71.99**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**US Legal Support**
**PO Box 4772-41**
**Houston, TX 77210-4772**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,724.47**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Valley Shredding04**
**4800 E Lincoln Ave**
**Fowler, CA 93625**

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number  **1346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$686.90**

---

Name

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Vantage Medlegal, LLC**<br>**333 University Ave., Suite 200**<br>**Sacramento, CA 95818** | As of the petition filing date, the claim is: *Check all that apply.*  **$13,200.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Veritext Corporate Services, Inc.**<br>**P.O. Box 71303**<br>**Chicago, IL 60694** | As of the petition filing date, the claim is: *Check all that apply.*  **$15,993.58**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Vocational Diagnostics Inc.**<br>**2828 N. Central Avenue**<br>**Suite 1031**<br>**Phoenix, AZ 85004** | As of the petition filing date, the claim is: *Check all that apply.*  **$7,740.90**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Von Reyes**<br>**888 Georgetown Place**<br>**San Jose, CA 95126** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Stock Repurchase Obligation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**West Coast Reporters, Inc.**<br>**c/o Medina & Co - Accounts Payable**<br>**55 Mitchell Blvd.**<br>**Suite 16**<br>**San Rafael, CA 94903** | As of the petition filing date, the claim is: *Check all that apply.*  **$346.25**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **11/12/2022** <br> Last 4 digits of account number  **7060** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**West06**<br>**West Payment Center**<br>**P.O. Box 6292**<br>**Carol Stream, IL 60197-6292** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,068.92**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **11/4/2022** <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**William Jenkins**<br>**776 Grandview Drive**<br>**Folsom, CA 95630** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Stock Repurchase Obligation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 29 of 40

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Workman Molina**<br>**970 W. 17th St., Ste. A**<br>**Santa Ana, CA 92706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,271.67 |
|---|---|---|---|
| | **Xact Discovery**<br>**5800 Foxridge Drive, Suite 406**<br>**Mission, KS 66202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,831.00 |
|---|---|---|---|
| | **Zoom Imaging Solutions Inc**<br>**PO Box 843760**<br>**Los Angeles, CA 90084-3760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/31/2022__ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __D11Z__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Golkow Litigation Services**<br>**Attn: Kathy Reilly**<br>**1650 Market Street, Suite 5150**<br>**Philadelphia, PA 19103** | Line __3.38__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JJR Enterprises, Inc.**<br>**2431 Mercantile Dr.**<br>**Rancho Cordova, CA 95742** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **JJR Enterprises, Inc.**<br>**2431 Mercantile Dr.**<br>**Rancho Cordova, CA 95742** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Thomas Elmer Campagne, Esq.**<br>**Campagne & Campagne**<br>**1685 N Helm Ave.**<br>**Fresno, CA 93727-1637** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Thomas Elmer Campagne, Esq.**<br>**Campagne & Campagne**<br>**1685 N Helm Ave.**<br>**Fresno, CA 93727-1637** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ |

Debtor    **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**              Case number (if known)    **23-40134**
          _____
          Name

**5b. Total claims from Part 2**                                    5b.    +    $ _____ **0.00**
                                                                                _____ **1,057,817.84**

**5c. Total of Parts 1 and 2**                                     5c.         $ _____
   Lines 5a + 5b = 5c.                                                          **1,057,817.84**

Debtor name   **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **23-40134**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease - 100 Bush Street, Suite 201, San Francisco, CA 94104** <br> State the term remaining — 11/30/2023 <br> List the contract number of any government contract | **100 Bush Corporation** <br> **100 Bush Street** <br> **Suite 201** <br> **San Francisco, CA 94104** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease - 210 North Fourth Street, Suite 350, San Jose, CA 95112** <br> State the term remaining — 6/30/2026 <br> List the contract number of any government contract | **4th Street San Jose Partners, LLC** <br> **c/o MCM Diversified Inc., Property Mgr** <br> **777 North First Street, Suite 600** <br> **San Jose, CA 95112** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Repurchase Obligation** <br> State the term remaining <br> List the contract number of any government contract | **Albert Finch** <br> **554 15th Street** <br> **Santa Monica, CA 90402** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Repurchase Obligation** <br> State the term remaining <br> List the contract number of any government contract | **Andrew Kozlow** <br> **946 Elaine Ave** <br> **Livermore, CA 94550** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Andrew P Sclar**<br>**1143 Garden Lane**<br>**Lafayette, CA 94549** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Angela Kim**<br>**3053 Punta Del Este Drive**<br>**Hacienda Heights, CA 91745** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brett Runyon**<br>**1537 Columbia Drive East**<br>**Fresno, CA 93727** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brian Sanders**<br>**5249 Mohican Way**<br>**Antioch, CA 94531** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Charles S. Painter**<br>**4139 St. Anselm Court**<br>**Fair Oaks, CA 95628** |

Case: 23-40134    Doc# 48    Filed: 02/17/23    Entered: 02/17/23 18:05:51    Page 33 of 40


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 2300 Clayton Rd., Suite 350, Concord, CA** | |
|---|---|---|---|
| | State the term remaining | **4/30/2023** | **Concord Center Investors, LLC c/o Swift Real Estate Partners 260 California Street, Suite 300 Attn: Craig Firpo San Francisco, CA 94111** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Frankenberger 1884 Ellery Lane Clovis, CA 93611** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Douglas M. Kilduff 641 Mystic Lane Sacramento, CA 95864** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 1430 Truxtun Avenue, Suite 805, Bakersfield, CA 93301** | |
|---|---|---|---|
| | State the term remaining | **1/31/2025** | **Erwin, LLC c/o M.D. Atkinson, Co., Inc. 1401 19th Street, Suite 400 Bakersfield, CA 93301** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 100 Howe Avenue, Suites 110S and 115S, Sacramento, CA 95825** | |
|---|---|---|---|
| | State the term remaining | **3/31/2024** | **FCA University Park, LLC 674 Via De Valle Suite 310 Solana Beach, CA 92075** |
| | List the contract number of any government contract | | |

Case: 23-40134   Doc# 48   Filed: 02/17/23   Entered: 02/17/23 18:05:51   Page 34 of 40



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Repurchase Obligation**

State the term remaining

List the contract number of any government contract

George Hernandez
2120 East Hill Street
109 S
Signal Hill, CA 90755

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Repurchase Obligation**

State the term remaining

List the contract number of any government contract

Graham Cridland
1932 Picasso Ave
Davis, CA 95618

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease, 835 Wilshire Blvd., Suite 320, Los Angeles, CA**

State the term remaining — **12/31/2029**

List the contract number of any government contract

Hinomaru International Corporation
2443 Fillmore St. #124
San Francisco, CA 94115

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Repurchase Obligation**

State the term remaining

List the contract number of any government contract

Jesse Boyd
73 La Cuesta Road
Orinda, CA 94563

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Note I**

State the term remaining

List the contract number of any government contract

Jesse Boyd
73 La Cuesta Road
Orinda, CA 94563

---

Case: 23-40134   Doc# 48   Filed: 02/17/23   Entered: 02/17/23 18:05:51   Page 35 of 40

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Note VI (1/1/2019)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joseph J Minioza**<br>**7173 Watsonia Drive**<br>**San Ramon, CA 94582** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Note V (10/1/2018)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joseph J Minioza**<br>**7173 Watsonia Drive**<br>**San Ramon, CA 94582** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark L. Kiefer**<br>**11204 Grayridge Drive**<br>**Culver City, CA 90230** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nathaniel Lucey**<br>**149 Franklin Street**<br>**Santa Cruz, CA 95060** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Repurchase Obligation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Norma Chavez**<br>**776 Grandview Drive**<br>**Folsom, CA 95630** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Storage unit B068 lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Public Storage**<br>**245 Hookston Road**<br>**Pleasant Hill, CA 94523** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Walnut Creek Office - Equipment Lease for IN360AI Postage Meter, Serial No. 60225530-2030190, Contract ID 9903812** | |
|---|---|---|---|
| | State the term remaining | **1/30/2022** | |
| | List the contract number of any government contract | | **Quadient**<br>**Dept 3689**<br>**PO Box 123689**<br>**Dallas, TX 75312-3689** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Concord Office - Equipment Lease for IN600AFAI Postage Meter, Serial No. 106420, Contract ID 903816** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quadient**<br>**Dept 3689**<br>**PO Box 123689**<br>**Dallas, TX 75312-3689** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Sacramento Office -Equipment Lease for IS440AI Postage Meter, Serial No. 11238256, Contract ID 632506** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quadient**<br>**Dept 3689**<br>**PO Box 123689**<br>**Dallas, TX 75312-3689** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Fresno Office - Equipment Lease for IN600AFAI Postage Meter, Serial No. 11283900,Contract ID 667152** | |
|---|---|---|---|
| | State the term remaining | | **Quadient** |
| | List the contract number of any government contract | | **Dept 3689 PO Box 123689 Dallas, TX 75312-3689** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Los Angeles Office - Equipment Lease for IN600AFAI Postage Meter, Serial No. 11241945, Contract ID 655297** | |
|---|---|---|---|
| | State the term remaining | | **Quadient** |
| | List the contract number of any government contract | | **Dept 3689 PO Box 123689 Dallas, TX 75312-3689** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **San Jose Office - Equipment Lease for IN600AFAI Postage Meter, Serial No. 11241964, Contract ID 655215** | |
|---|---|---|---|
| | State the term remaining | | **Quadient** |
| | List the contract number of any government contract | | **Dept 3689 PO Box 123689 Dallas, TX 75312-3689** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Liquidation Services for surplus furniture and equipment** | |
|---|---|---|---|
| | State the term remaining | | **Quality Office Liquidations** |
| | List the contract number of any government contract | | **Building 713 W. Luce St. Stockton, CA 95201** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 570 Lennon Ln., Walnut Creek, CA** | |
|---|---|---|---|
| | State the term remaining | **4/30/2023** | **The Benavente-Icaza Family Trust** |
| | List the contract number of any government contract | | **580 Lennon Lane Walnut Creek, CA 94598** |

Case: 23-40134   Doc# 48   Filed: 02/17/23   Entered: 02/17/23 18:05:51   Page 38 of 40

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Repurchase Obligation**

State the term remaining

List the contract number of any government contract

                                   **William Jenkins**
                                   **776 Grandview Drive**
                                   **Folsom, CA 95630**

Case: 23-40134   Doc# 48   Filed: 02/17/23   Entered: 02/17/23 18:05:51   Page 39 of 40

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Joseph J Minioza** | **7173 Watsonia Drive**<br>**San Ramon, CA 94582** | **Bank of the West** | ☑ D    **2.1**<br>☐ E/F _____<br>☐ G \_\_\_\_\_ |
| 2.2 | **Mark L. Kiefer** | **11204 Grayridge Drive**<br>**Culver City, CA 90230** | **Bank of the West** | ☑ D    **2.1**<br>☐ E/F _____<br>☐ G \_\_\_\_\_ |
| 2.3 | **Von Reyes** | **888 Georgetown Place**<br>**San Jose, CA 95126** | **Bank of the West** | ☑ D    **2.1**<br>☐ E/F _____<br>☐ G \_\_\_\_\_ |