| Fill in this information to identify the case: |
| --- |

Debtor name __**Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) __**23-40134**__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **10/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,599,869.00** |
| **For year before that:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other _____ | **$13,619,814.00** |
| **For the fiscal year:**<br>From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other _____ | **$15,982,035.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Rental and Interest Income** | **$922.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Rental and Interest Income** | **$27,726.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Rental and Interest Income, PPP Forgiveness** | **$1,542,507.00** |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

Case: 23-40134　　Doc# 50　　Filed: 02/17/23　　Entered: 02/17/23 18:08:09　　Page 1 of 25

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **SEE ATTACHED** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **SEE ATTACHED** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **David J. Frankenberger and Brett L. Runyon v. Ericksen, Arbuthnot, Kilduff, Day, Lindstrom, Inc.; and DOES 1-100, Inclusive**<br>**22CECG01589** | **Enforcement of Rights to Inspect Records of Corporation** | **Superior Court of CA, Fresno County**<br>**Fresno, CA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Pennsylvania Lumbermens Mutual Ins. Co. v. Ericksen Arbuthnot**<br>**21CV391434** | **E&O Claim (Defended by E&O insurer, Aspen)** | **Santa Clara County Superior Court**<br>**Santa Clara, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **SEE ATTACHED** | | | **$0.00** |
| **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Manual defalcation of checks run through the Debtor's operating account and diverted for fraudulent purposes - Check No. 56332** | **$1,376.75** | **10/20/22** | **$1,376.75** |
| **Manual defalcation of checks run through the Debtor's operating account and diverted for fraudulent purposes - Check No. 56333** | **$1,207.50** | **10/13/22** | **$1,207.50** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Manual defalcation of checks run through the Debtor's operating account and diverted for fraudulent purposes - Check No. 56334** | **$1,081.75** | **10/20/22** | **$1,081.75** |
| **Manual defalcation of checks run through the Debtor's operating account and diverted for fraudulent purposes - Check No. 56335** | **$2,002.57** | **10/19/22** | **$2,002.57** |
| **Manual defalcation of checks run through the Debtor's operating account and diverted for fraudulent purposes - Check No. 56355** | **$20,000.00** | **10/28/2022** | **$20,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Baker & Hostetler LLP<br>200 S. Orange Avenue<br>Suite 2300<br>Orlando, FL 32801** | | **10/28/2022** | **$13,499.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Development Specialists, Inc.<br>150 Post Street, Suite 400<br>San Francisco, CA 94108** | | **9/15/22** | **$12,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Baker & Hostetler LLP**<br>**200 S. Orange Avenue**<br>**Suite 2300**<br>**Orlando, FL 32801** | | **10/31/2022** | **$13,499.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Baker & Hostetler LLP**<br>**200 S. Orange Avenue**<br>**Suite 2300**<br>**Orlando, FL 32801** | | **11/22/2022** | **$5,006.10** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Baker & Hostetler LLP**<br>**200 S. Orange Avenue**<br>**Suite 2300**<br>**Orlando, FL 32801** | | **1/18/2023** | **$37,668.15** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Baker & Hostetler LLP**<br>**200 S. Orange Avenue**<br>**Suite 2300**<br>**Orlando, FL 32801** | | **1/31/2023** | **$62,590.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Baker & Hostetler LLP**<br>**200 S. Orange Avenue**<br>**Suite 2300**<br>**Orlando, FL 32801** | | **2/2/2023** | **$23,010.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Case: 23-40134    Doc# 50    Filed: 02/17/23    Entered: 02/17/23 18:08:09    Page 5 of 25

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.8. | **Development Specialists, Inc. 150 Post Street, Suite 400 San Francisco, CA 94108** | | **9/23/22** | **$12,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.9. | **Development Specialists, Inc. 150 Post Street, Suite 400 San Francisco, CA 94108** | | **10/27/22** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.10. | **Development Specialists, Inc. 150 Post Street, Suite 400 San Francisco, CA 94110-8000** | | **10/27/22** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.11. | **Development Specialists, Inc. 150 Post Street, Suite 400 San Francisco, CA 94108** | | **12/29/22** | **$125,328.79** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **835 Wilshire Blvd. Suite 500 Los Angeles, CA 90017** | **10/1/95 - 1/31/23** |
| 14.2. **2300 Clayton Road Suite 350 Concord, CA 94520** | **6/7/2015 - 1/31/2023** |
| 14.3. **100 Howe Avenue Suites 110S and 115S Sacramento, CA 95825** | **3/8/1988 - 1/31/2023** |
| 14.4. **210 N. 4th Street Suite 350 San Jose, CA 95112** | **11/12/2019 -1/31/2023** |
| 14.5. **1430 Truxtun Avenue Suite 805/810 Bakersfield, CA 93301** | **12/22/21 - 2/2023** |
| 14.6. **100 Bush Street Suite 201 San Francisco, CA 94104** | **10/1/2020 - 2/2023** |
| 14.7. **570 Lennon Lane Walnut Creek, CA 94598** | **11/15/2000 - Present** |
| 14.8. **1430 Truxtun Avenue Suite 520 Bakersfield, CA 93301** | |
| 14.9. **152 N. Third Street, Suite 700 San Jose, CA 95112** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Case: 23-40134    Doc# 50    Filed: 02/17/23    Entered: 02/17/23 18:08:09    Page 7 of 25

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Some of the cases inv In the ord course of debtr representing clients, debtors may acquire personally iden info. Such info treated as confidential by firm.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage Space B068 245 Hookston Rd. Pleasant Hill, CA 94523** | **Kyle Everett and Jim Therien** | **Equipment and furniture from closed Fresno office** | ☐ No ■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Case: 23-40134   Doc# 50   Filed: 02/17/23   Entered: 02/17/23 18:08:09   Page 8 of 25

not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various client IOTA funds** | **Bank of the West** | **Client trust amounts** | **$362,806.01** |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lawrence Sebastian, CPA**<br>**Sebastian Accountancy Corporation**<br>**951 Kenilworth Court**<br>**Walnut Creek, CA 94596** | **2020 - 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Ed Fahey, CPA**<br>**Aprio - RINA**<br>**Assurance Services**<br>**150 Post St., Ste. 200**<br>**San Francisco, CA 94108** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Lawrence Sebastian, CPA**<br>**Sebastian Accountancy Corporation**<br>**951 Kenilworth Court**<br>**Walnut Creek, CA 94596** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Von Reyes** | **888 Georgetown Place**<br>**San Jose, CA 95126** | **Director/Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Albert Terry Finch** | **554 15th Street**<br>**Santa Monica, CA 90402** | **Director/Vice President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Sharon Hightower | 756 Azule Ave<br>San Jose, CA 95120 | Director/President/Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Charles S. Painter | 4139 Saint Anslem Court<br>Fair Oaks, CA 95628 | Shareholder | 9/1/1984 -<br>9/30/2022 |
| Graham Cridland | 1932 Picasso Ave<br>Davis, CA 95618 | Shareholder, 7.0085% | 7/16/22 - 9/28/2022 |
| David J. Frankenberger | 1884 Ellery Lane<br>Clovis, CA 93611 | Shareholder, 8.9957% | 8/1/2002 -<br>9/11/2022 |
| William Jenkins | 776 Grandview Drive<br>Folsom, CA 95630 | Shareholder, 7.9915% | 1/23/1990 -<br>9/11/2022 |
| Brett Runyon | 1537 Columbia Drive East<br>Fresno, CA 93727 | Shareholder, 1.0043% | 10/20/2014 -<br>9/11/2022 |
| Mark L. Kiefer | 11204 Grayridge Drive<br>Culver City, CA 90230 | Shareholder, 7.9701% | 1/20/92<br>-11/18/2022 |
| Angela Kim | 3053 Punta Del Este Drive<br>Hacienda Heights, CA 91745 | Shareholder, 5.0241% | 5/15/06 -<br>11/30/2022 |
| Norma Chavez | 776 Grandview Drive<br>Folsom, CA 95630 | Shareholder, 3.0128% | 6/25/2001 -<br>4/25/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| George Hernandez | 2120 East Hill Street 109 S Signal Hill, CA 90755 | Shareholder, 0 shares | 1/2/2001 - 9/30/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sharon Hightower | 756 Azule Ave San Jose, CA 95120 | Shareholder, 6.0043% | Date of Termination 12/30/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Von Reyes | 888 Georgetown Place San Jose, CA 95126 | Shareholder, 8.9957% | Date of Termination 12/30/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Albert Terry Finch | 554 15th Street Santa Monica, CA 90402 | Shareholder, 6.0043% | Date of Termination 12/30/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph J Minioza | 7173 Watsonia Drive San Ramon, CA 94582 | Shareholder, President, 8.9957% | 10/25/1999 - 11/18/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Sanders | 5249 Mohican Way Antioch, CA 94531 | Shareholder, 3.9957% | 5/12/03 - 12/14/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jesse Boyd | 73 La Cuesta Road Orinda, CA 94563 | Shareholder | 4/3/17 - 12/7/22 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Douglas M. Kilduff | 641 Mystic Lane Sacramento, CA 95864 | Shareholder | 4/1/1978 - 10/14/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew Kozlow | 946 Elaine Ave Livermore, CA 94550 | Shareholder | 10/06/2010 - 10/14/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nathaniel R. Lucey | 1777 LaFayette St. Suite 129 Santa Clara, CA 95050 | Shareholder | 12/13/2010 - 5/7/2021 |

Case: 23-40134   Doc# 50   Filed: 02/17/23   Entered: 02/17/23 18:08:09   Page 12 of 25

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew P. Sclar | 1143 Garden Lane Lafayette, CA 94549 | Shareholder | 2/14/1985 - 9/30/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Ericksen, et al, Inc. 401(K) Savings Plan** | **EIN:**    **94 2271850** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 17, 2023**

____SEE ATTACHED NEXT PAGE____

Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Kyle Everett**
Printed name

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 17, 2023**

_____    **Kyle Everett**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    WIND DOWN MANAGER

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**90 Day Prior Cost Checks (11/5/22 to 2/3/23)**

| Name | Address | City | State | Zip Code | Date Paid | Amount | Total | Check Number | Reason for Payment<br>all "Services" unless noted |
|---|---|---|---|---|---|---|---|---|---|
| One Legal LLC | 1400 North McDowell Blvd., Suite 300 | Petaluma | CA | 94954 | | | | | |
| (3) Scott v Whiting | | | | | 11/9/2022 | $ 81.50 | | 18228 | |
| (3) Wells v Holman | | | | | 11/9/2022 | $ 15.45 | | | |
| (3) Wells v Holman | | | | | 11/9/2022 | $ 15.45 | | | |
| (3) Montano v ESA | | | | | 11/9/2022 | $ 15.50 | | | |
| (3) Urbina v Partners | | | | | 11/9/2022 | $ 12.50 | | | |
| (3) Montano v ESA | | | | | 11/9/2022 | $ 19.70 | | | |
| (3) Urbina v Partners | | | | | 11/9/2022 | $ 451.25 | | | |
| (3) Richard v Placer | | | | | 11/9/2022 | $ 110.75 | | | |
| (3) Urbina v Partners | | | | | 11/9/2022 | $ 41.00 | | | |
| (3) Urbina v Partners | | | | | 11/9/2022 | $ 12.50 | | | |
| (3) AS Dist. v Northstar | | | | | 11/9/2022 | $ 112.25 | | | |
| (3) Frye v Macugay | | | | | 11/9/2022 | $ 70.00 | | | |
| | | | | | | | $ 957.85 | | |
| Moe's Process Serving Inc. | 2300 P Street | Sacramento, | CA | 95816 | | | | | |
| (3) Kemp v Biryukov | | | | | 11/9/2022 | $ 153.75 | | 18237 | |
| (3) Richard v Placer | | | | | 11/9/2022 | $ 50.00 | | | |
| (3) Martinez  v Placer | | | | | 11/9/2022 | $ 87.00 | | | |
| (3) Alston v Pape | | | | | 11/9/2022 | $ 65.00 | | | |
| (3) Martinez v Betterdorf | | | | | 11/9/2022 | $ 478.50 | | | |
| (3) Ekelund v Ryder | | | | | 11/9/2022 | $ 30.00 | | | |
| (3) Gatto v County | | | | | 11/9/2022 | $ 85.00 | | | |
| (3) Murphy v Conan | | | | | 11/9/2022 | $ 55.00 | | | |
| (3) Murphy v Conan | | | | | 11/9/2022 | $ 55.00 | | | |
| (3) McGrath v LabCorp | | | | | 11/9/2022 | $ 95.00 | | | |
| (3) CA Hockey v South | | | | | 11/9/2022 | $ 95.00 | | | |
| (3) Monarch v Cozad | | | | | 11/9/2022 | $ 65.00 | | | |
| (3) Walls v Blue | | | | | 11/9/2022 | $ 260.00 | | | |
| (3) Moise v Sharmac | | | | | 11/9/2022 | $ 92.50 | | | |
| (3) Gililland v Sundahl | | | | | 11/9/2022 | $ 65.00 | | | |
| (3) Saldana v City | | | | | 11/9/2022 | $ 85.00 | | | |
| (3) Labonte v Centex | | | | | 11/9/2022 | $ 53.50 | | | |
| (3) Morrison v Sell | | | | | 11/9/2022 | $ 95.00 | | | |
| (3) Segovia v County | | | | | 11/9/2022 | $ 85.00 | | | |
| (3) Lipska v County | | | | | 11/9/2022 | $ 65.00 | | | |
| (3) Alston v Pape | | | | | 11/9/2022 | $ 65.00 | | | |
| (3) Morrison v Sell | | | | | 11/9/2022 | $ 117.00 | | | |
| (3) Blagg v Port | | | | | 11/9/2022 | $ 87.00 | | | |
| (3) Morrison v Sell | | | | | 11/9/2022 | $ 85.00 | | | |
| (3) Morrison v Sell | | | | | 11/9/2022 | $ 117.00 | | | |
| (3) Blagg v Port | | | | | 11/9/2022 | $ 65.00 | | | |
| (3) Morrison v Sell | | | | | 11/9/2022 | $ 95.00 | | | |
| (3) Shacklefoot v One Call | | | | | 11/9/2022 | $ 36.00 | | | |
| (3) Monarch v Cozad | | | | | 11/9/2022 | $ 75.00 | | | |
| (3) Lipska v County | | | | | 11/9/2022 | $ 65.00 | | | |
| | | | | | | | $ 2,922.25 | | |
| Chase Card Services (5) | P.O. Box 6294 | Carol Stream | IL | 60197-6294 | | | | | |
| (5) Tellez v Alamitos | | | | | 11/9/2022 | $ 16.78 | | 18245 | |
| (5) Hernandez v Mexico | | | | | 11/9/2022 | $ 22.51 | | | |
| (5) Hernandez v Mexico | | | | | 11/9/2022 | $ 22.51 | | | |
| (5) Hernandez v Mexico | | | | | 11/9/2022 | $ 14.01 | | | |

### SOFA 207 Part 2 #3

| Name & Address | Date | Debit | Credit | Purpose |
|---|---|---|---|---|
| 100 Bush Corporation | 11/17/2022 | | 2,467.75 | Other - Landlord |
| 100 Bush Street, Suite 218 | 12/21/2022 | | 2,467.75 | Other - Landlord |
| San Francisco CA  94104 | | 0.00 | 4,935.50 | |
| | | | | |
| 4th Street San Jose Partners LLC | 11/17/2022 | | 20,155.92 | Other - Landlord |
| 210 N 4th Street Partners LLC | 12/21/2022 | | 20,155.92 | Other - Landlord |
| 777 N First Street, Suite 600 | | 0.00 | 40,311.84 | |
| San Jose CA 95112 | | | | |
| | | | | |
| Albert Finch | 11/09/2022 | | 356.30 | Other - Employee reimbursement |
| 554 15th Street | 12/14/2022 | | 1,901.21 | Other - Employee reimbursement |
| Santa Monica CA  90402 | 12/29/2022 | | 66.91 | Other - Employee reimbursement |
| | | 0.00 | 2,324.42 | |
| | | | | |
| Alhambra03 | 11/09/2022 | | 78.37 | Supplier |
| P.O. Box 660579 | 12/21/2022 | | 37.48 | Supplier |
| Dallas TX  75266-0579 | | | | |
| | | 0.00 | 115.85 | |
| | | | | |
| Alhambra06 | 11/09/2022 | | 116.32 | Supplier |
| P.O. Box 660579 | 12/21/2022 | | 144.38 | Supplier |
| Dallas TX  75266-0579 | | | | |
| | | 0.00 | 260.70 | |
| | | | | |
| AMEX01-BMS | 11/10/2022 | | 7,671.54 | Other - Credit Card |
| Box 0001 | 12/07/2022 | | 6,513.19 | Other - Credit Card |
| Los Angeles CA  90096-8000 | 01/04/2023 | | 19,642.51 | Other - Credit Card |
| | | 0.00 | 33,827.24 | |
| | | | | |
| AMEX01-JJM | 11/10/2022 | | 19,415.37 | Other - Credit Card |
| Box 0001 | 12/07/2022 | | 2,457.00 | Other - Credit Card |
| Los Angeles CA  90096-8000 | 01/04/2023 | | 536.00 | Other - Credit Card |
| | | 0.00 | 22,408.37 | |
| | | | | |
| AMEX03-GU | 12/07/2022 | | 176.09 | Other - Credit Card |
| Box 0001 | 01/04/2023 | | 1,268.91 | Other - Credit Card |

Case: 23-40134    Doc# 50    Filed: 02/17/23    Entered: 02/17/23 18:08:09    Page 16 of 25

**Ericksen Arbuthnot**
**SOFA Part 2 #4**
February 4, 2022 through February 3, 2023

| Name & Address | Date | Debit | Credit | Reasons for Payment |
|---|---|---|---|---|
| **Albert Finch (06)** | | | | |
| Albert Finch (06) | 03/09/2022 | | 333.62 | Employee Reimbursement |
| Shareholder | 04/13/2022 | | 383.89 | Employee Reimbursement |
| 554 15th Street | 05/12/2022 | | 834.76 | Employee Reimbursement |
| Santa Monica CA 90402 | 06/29/2022 | | 372.31 | Employee Reimbursement |
| | 11/09/2022 | | 356.30 | Employee Reimbursement |
| | 12/14/2022 | | 1,901.21 | Employee Reimbursement |
| | 12/29/2022 | | 66.91 | Employee Reimbursement |
| Total Albert Finch (06) | | 0.00 | 4,249.00 | |
| **Angela Kim (05)** | | | | |
| Angela Kim (05) | 02/10/2022 | | 1,780.59 | Employee Reimbursement |
| Shareholder | 02/24/2022 | | 114.98 | Employee Reimbursement |
| 3053 Punta Del Este Drive | 03/09/2022 | | 462.54 | Employee Reimbursement |
| Hacienda Heights CA 91745 | 04/27/2022 | | 114.98 | Employee Reimbursement |
| | 05/12/2022 | | 1,186.67 | Employee Reimbursement |
| | 05/25/2022 | | 114.98 | Employee Reimbursement |
| | 06/29/2022 | | 779.18 | Employee Reimbursement |
| | 07/14/2022 | | 416.01 | Employee Reimbursement |
| | 07/25/2022 | | 385.36 | Employee Reimbursement |
| | 08/10/2022 | | 113.49 | Employee Reimbursement |
| | 09/07/2022 | | 180.28 | Employee Reimbursement |
| | 09/22/2022 | | 114.98 | Employee Reimbursement |
| | 11/09/2022 | | 114.98 | Employee Reimbursement |
| | 12/14/2022 | | 114.98 | Employee Reimbursement |
| Total Angela Kim (05) | | 0.00 | 5,994.00 | |
| **Brett Runyon (04)** | | | | |
| Brett Runyon (04) | 02/10/2022 | | 35.00 | Employee Reimbursement |
| Shareholder | 02/24/2022 | | 34.99 | Employee Reimbursement |
| 1537 Columbia Drive East | 03/09/2022 | | 35.00 | Employee Reimbursement |
| Fresno CA 93727 | 03/30/2022 | | 198.40 | Employee Reimbursement |
| | 04/13/2022 | | 85.53 | Employee Reimbursement |
| | 06/14/2022 | | 38.00 | Employee Reimbursement |
| | 07/14/2022 | | 35.00 | Employee Reimbursement |
| | 08/10/2022 | | 35.00 | Employee Reimbursement |
| Total Brett Runyon (04) | | 0.00 | 496.92 | |
| **Carol Ann Seita (04)** | | | | |
| Carol Ann Seita (04) | 02/10/2022 | | 55.18 | Employee Reimbursement |
| Partner | 05/25/2022 | | 396.63 | Employee Reimbursement |
| Total Carol Ann Seita (04) | | 0.00 | 451.81 | |
| 5344 W Holland Avenue | | | | |
| Fresno CA 93722 | | | | |
| **Charlie Painter (03)** | | | | |
| Charlie Painter (03) | 03/09/2022 | | 150.00 | Employee Reimbursement |
| Shareholder | 03/30/2022 | | 119.54 | Employee Reimbursement |
| 4139 St. Anselm Court | 04/27/2022 | | 231.05 | Employee Reimbursement |
| Fair Oaks CA 95628 | 07/14/2022 | | 57.64 | Employee Reimbursement |
| | 09/22/2022 | | 57.96 | Employee Reimbursement |
| Total Charlie Painter (03) | | 0.00 | 616.19 | |
| **Corey Krueger (05)** | | | | |
| Corey Krueger (05) | 06/14/2022 | | 225.81 | Employee Reimbursement |
| Partner | 06/29/2022 | | 30.00 | Employee Reimbursement |
| 10636 Woodley Ave, Apt 2 | 07/14/2022 | | 44.55 | Employee Reimbursement |
| Total Corey Krueger (05) | | 0.00 | 300.36 | |
| Granada Hills CA 91344 | | | | |
| **Dave Frankenberger (04)** | | | | |
| Dave Frankenberger (04) | 02/24/2022 | | 61.40 | Employee Reimbursement |
| Shareholder | 03/30/2022 | | 354.21 | Employee Reimbursement |
| 1884 Ellery Lane | 04/13/2022 | | 392.86 | Employee Reimbursement |
| Clovis CA 93611 | 05/12/2022 | | 409.50 | Employee Reimbursement |
| | 05/25/2022 | | 366.70 | Employee Reimbursement |
| | 06/14/2022 | | 68.02 | Employee Reimbursement |
| | 07/14/2022 | | 538.74 | Employee Reimbursement |
| | 08/10/2022 | | 67.50 | Employee Reimbursement |
| Total Dave Frankenberger (04) | | 0.00 | 2,258.93 | |
| **Development Specialists Inc** | | | | |
| Development Specialists Inc | 09/15/2022 | | 12,500.00 | Retainer |
| Wind-Down Manager | 09/23/2022 | | 12,500.00 | Retainer |
| 10 South LaSalle Street, Suite 3300 | 10/27/2022 | | 15,000.00 | Retainer |
| Chicago IL 60603-1026 | 10/27/2022 | | 10,000.00 | Retainer |
| | 12/29/2022 | | 125,328.79 | Retainer |
| Total Development Specialists Inc | | 0.00 | 175,328.79 | |
| **Douglas M. Kilduff (03)** | | | | |
| Douglas M. Kilduff (03) | 02/24/2022 | | 63.44 | Employee Reimbursement |

Case: 23-40134    Doc# 50    Filed: 02/17/23    Entered: 02/17/23 18:08:09    Page 17 of 25

| Pay Group | | Employee | Date Range Earnings |
|---|---|---|---|
| Feb. 04.2022 through Feb.03.2023 | | | |

Partners Shareholders

| | | Employee | Date Range Earnings |
|---|---|---|---|
| | | Albert Finch III - 00400 | 158,571.25 |
| | | Angela Kim - 00033 | 145,821.21 |
| | | Brett Runyon - 00192 | 103,482.99 |
| | | Brian Sanders - 00543 | 133,026.74 |
| | | Charles Painter - 00142 | 128,713.49 |
| | | David Frankenberger - 00516 | 117,831.51 |
| | | Graham Cridland - 00168 | 118,076.55 |
| | | Jesse Boyd - 00250 | 130,464.80 |
| | | Joseph Minioza - 00433 | 154,299.65 |
| | | Mark Kiefer - 00173 | 135,708.71 |
| | | Sharon Hightower - 00190 | 152,533.37 |
| | | Von Reyes - 00442 | 149,381.85 |
| | | William Jenkins - 00146 | 103,039.43 |

Partners Non Shareholders

| | | Employee | Date Range Earnings |
|---|---|---|---|
| | | Carol Seita - 00200 | 90,859.52 |
| | | Douglas Kilduff - 00141 | 35,130.00 |
| | | Gabriel Ullrich - 00180 | 138,216.00 |
| | | Michael Lehman -  00256 | 96,885.09 |
| | | Royce Huang - 00211 | 136,708.69 |
| | | Grand | 2,228,750.85 |

| Pay Group | | Employee | Date Range Earnings |
|---|---|---|---|
| | | **Feb. 04.2022 through Feb.03.2023** | |
| Partners Shareholders | | Albert Finch III - 00400 | 158,571.25 |
| | | Angela Kim - 00033 | 145,821.21 |
| | | Brett Runyon - 00192 | 103,482.99 |
| | | Brian Sanders - 00543 | 133,026.74 |
| | | Charles Painter - 00142 | 128,713.49 |
| | | David Frankenberger - 00516 | 117,831.51 |
| | | Graham Cridland - 00168 | 118,076.55 |
| | | Jesse Boyd - 00250 | 130,464.80 |
| | | Joseph Minioza - 00433 | 154,299.65 |
| | | Mark Kiefer - 00173 | 135,708.71 |
| | | Sharon Hightower - 00190 | 152,533.37 |
| | | Von Reyes - 00442 | 149,381.85 |
| | | William Jenkins - 00146 | 103,039.43 |
| Partners Non Shareholders | | | |
| | | Carol Seita - 00200 | 90,859.52 |
| | | Douglas Kilduff - 00141 | 35,130.00 |
| | | Gabriel Ullrich - 00180 | 138,216.00 |
| | | Michael Lehman -  00256 | 96,885.09 |
| | | Royce Huang - 00211 | 136,708.69 |
| | | Grand | 2,228,750.85 |

Showing 73 results

Filter Criteria:     Pay Group [Ericksen Arbuthnot]
And  Record Code [rpt PR Data Source Payroll Register By Date Range]

| Pay Group | Legal Entity | Employee | Record Code | Date Range Earnings | Date Range Deductions | YTD Earnings | YTD Deductions |
|---|---|---|---|---|---|---|---|
| Totals (73 Records Total) | | | | 2,228,750.850 | 0.000 | 0.000 | 0.000 |
| **USA Semi-Monthly 1 (73 Records Total) | | | | 2,228,750.850 | 0.000 | 0.000 | 0.000 |
| | Ericksen, Arbuthnot, Kilduff, Day, & Lindstrom, Inc (73 Records Total) | | | 2,228,750.850 | 0.000 | 0.000 | 0.000 |
| | | Albert Finch III - 00400 | 01_Regular | 125,827.360 | 0.000 | 0.000 | 0.000 |
| | | Albert Finch III - 00400 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | Albert Finch III - 00400 | 09 | -1,477.270 | 0.000 | 0.000 | 0.000 |
| | | Albert Finch III - 00400 | 7A_Billable Hours | 14,750.000 | 0.000 | 0.000 | 0.000 |
| | | ANGELA KIM - 00033 | 01_Regular | 114,577.320 | 0.000 | 0.000 | 0.000 |
| | | ANGELA KIM - 00033 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | ANGELA KIM - 00033 | 09 | -1,477.270 | 0.000 | 0.000 | 0.000 |
| | | ANGELA KIM - 00033 | 7A_Billable Hours | 13,250.000 | 0.000 | 0.000 | 0.000 |
| | | BRETT RUNYON - 00192 | 01_Regular | 75,000.000 | 0.000 | 0.000 | 0.000 |
| | | BRETT RUNYON - 00192 | 03_Vacation | 13,846.160 | 0.000 | 0.000 | 0.000 |
| | | BRETT RUNYON - 00192 | 09 | -1,363.640 | 0.000 | 0.000 | 0.000 |
| | | BRETT RUNYON - 00192 | 7A_Billable Hours | 16,000.000 | 0.000 | 0.000 | 0.000 |
| | | Brian Sanders - 00543 | 01_Regular | 110,817.660 | 0.000 | 0.000 | 0.000 |
| | | Brian Sanders - 00543 | 03_Vacation | 18,028.840 | 0.000 | 0.000 | 0.000 |
| | | Brian Sanders - 00543 | 09 | -1,325.760 | 0.000 | 0.000 | 0.000 |
| | | Brian Sanders - 00543 | 7A_Billable Hours | 2,875.000 | 0.000 | 0.000 | 0.000 |
| | | Brian Sanders - 00543 | 7O_Office Bonus | 2,631.000 | 0.000 | 0.000 | 0.000 |
| | | CAROL SEITA - 00200 | 01_Regular | 64,062.900 | 0.000 | 0.000 | 0.000 |
| | | CAROL SEITA - 00200 | 03_Vacation | 11,826.920 | 0.000 | 0.000 | 0.000 |
| | | CAROL SEITA - 00200 | 09 | -1,030.300 | 0.000 | 0.000 | 0.000 |
| | | CAROL SEITA - 00200 | 7A_Billable Hours | 9,000.000 | 0.000 | 0.000 | 0.000 |
| | | CAROL SEITA - 00200 | 7B_Marketing | 7,000.000 | 0.000 | 0.000 | 0.000 |
| | | Charles Painter - 00142 | 01_Regular | 92,077.240 | 0.000 | 0.000 | 0.000 |
| | | Charles Painter - 00142 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | Charles Painter - 00142 | 09 | -1,590.910 | 0.000 | 0.000 | 0.000 |
| | | Charles Painter - 00142 | 7A_Billable Hours | 17,250.000 | 0.000 | 0.000 | 0.000 |
| | | Charles Painter - 00142 | 7O_Office Bonus | 1,506.000 | 0.000 | 0.000 | 0.000 |
| | | David Frankenberger - 00516 | 01_Regular | 84,375.500 | 0.000 | 0.000 | 0.000 |
| | | David Frankenberger - 00516 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | David Frankenberger - 00516 | 09 | -1,515.150 | 0.000 | 0.000 | 0.000 |
| | | David Frankenberger - 00516 | 7A_Billable Hours | 15,500.000 | 0.000 | 0.000 | 0.000 |
| | | Douglas Kilduff - 00141 | 01_Regular | 35,130.000 | 0.000 | 0.000 | 0.000 |
| | | GABRIEL ULLRICH - 00180 | 01_Regular | 106,227.920 | 0.000 | 0.000 | 0.000 |
| | | GABRIEL ULLRICH - 00180 | 03_Vacation | 14,423.080 | 0.000 | 0.000 | 0.000 |
| | | GABRIEL ULLRICH - 00180 | 7A_Billable Hours | 15,500.000 | 0.000 | 0.000 | 0.000 |
| | | GABRIEL ULLRICH - 00180 | 7O_Office Bonus | 565.000 | 0.000 | 0.000 | 0.000 |
| | | GABRIEL ULLRICH - 00180 | Holiday | 1,500.000 | 0.000 | 0.000 | 0.000 |
| | | GRAHAM CRIDLAND - 00168 | 01_Regular | 91,038.780 | 0.000 | 0.000 | 0.000 |
| | | GRAHAM CRIDLAND - 00168 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | GRAHAM CRIDLAND - 00168 | 09 | -1,439.390 | 0.000 | 0.000 | 0.000 |
| | | GRAHAM CRIDLAND - 00168 | 7A_Billable Hours | 7,500.000 | 0.000 | 0.000 | 0.000 |
| | | GRAHAM CRIDLAND - 00168 | 7O_Office Bonus | 1,506.000 | 0.000 | 0.000 | 0.000 |
| | | JESSE BOYD - 00250 | 01_Regular | 112,833.800 | 0.000 | 0.000 | 0.000 |
| | | JESSE BOYD - 00250 | 03_Vacation | 15,000.000 | 0.000 | 0.000 | 0.000 |
| | | JESSE BOYD - 00250 | 7O_Office Bonus | 2,631.000 | 0.000 | 0.000 | 0.000 |
| | | Joseph Miniozo - 00433 | 01_Regular | 110,513.800 | 0.000 | 0.000 | 0.000 |

Confidential | Copyright © 2023 by Ceridian HCM, Inc. All rights reserved.

| | | Employee | Code | Amount | | | |
|---|---|---|---|---|---|---|---|
| | | Joseph Minioza - 00433 | 03_Vacation | 19,170.000 | 0.000 | 0.000 | 0.000 |
| | | Joseph Minioza - 00433 | 09 | -1,515.150 | 0.000 | 0.000 | 0.000 |
| | | Joseph Minioza - 00433 | 7A_Billable Hours | 23,500.000 | 0.000 | 0.000 | 0.000 |
| | | Joseph Minioza - 00433 | 7O_Office Bonus | 2,631.000 | 0.000 | 0.000 | 0.000 |
| | | Mark Kiefer - 00173 | 01_Regular | 109,471.530 | 0.000 | 0.000 | 0.000 |
| | | Mark Kiefer - 00173 | 03_Vacation | 17,653.850 | 0.000 | 0.000 | 0.000 |
| | | Mark Kiefer - 00173 | 09 | -1,666.670 | 0.000 | 0.000 | 0.000 |
| | | Mark Kiefer - 00173 | 7A_Billable Hours | 10,250.000 | 0.000 | 0.000 | 0.000 |
| | | MICHAEL LEHMAN - 00256 | 01_Regular | 75,000.470 | 0.000 | 0.000 | 0.000 |
| | | MICHAEL LEHMAN - 00256 | 03_Vacation | 10,384.620 | 0.000 | 0.000 | 0.000 |
| | | MICHAEL LEHMAN - 00256 | 7A_Billable Hours | 11,500.000 | 0.000 | 0.000 | 0.000 |
| | | ROYCE HUANG - 00211 | 01_Regular | 101,208.690 | 0.000 | 0.000 | 0.000 |
| | | ROYCE HUANG - 00211 | 03_Vacation | 15,000.000 | 0.000 | 0.000 | 0.000 |
| | | ROYCE HUANG - 00211 | 7A_Billable Hours | 20,500.000 | 0.000 | 0.000 | 0.000 |
| | | Sharon Hightower - 00190 | 01_Regular | 125,827.360 | 0.000 | 0.000 | 0.000 |
| | | Sharon Hightower - 00190 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | Sharon Hightower - 00190 | 09 | -1,515.150 | 0.000 | 0.000 | 0.000 |
| | | Sharon Hightower - 00190 | 7A_Billable Hours | 8,750.000 | 0.000 | 0.000 | 0.000 |
| | | Von Reyes - 00442 | 01_Regular | 125,827.360 | 0.000 | 0.000 | 0.000 |
| | | Von Reyes - 00442 | 03_Vacation | 19,471.160 | 0.000 | 0.000 | 0.000 |
| | | Von Reyes - 00442 | 09 | -1,666.670 | 0.000 | 0.000 | 0.000 |
| | | Von Reyes - 00442 | 7A_Billable Hours | 5,750.000 | 0.000 | 0.000 | 0.000 |
| | | William Jenkins - 00146 | 01_Regular | 84,375.500 | 0.000 | 0.000 | 0.000 |
| | | William Jenkins - 00146 | 03_Vacation | 18,173.080 | 0.000 | 0.000 | 0.000 |
| | | William Jenkins - 00146 | 09 | -1,515.150 | 0.000 | 0.000 | 0.000 |
| | | William Jenkins - 00146 | 7A_Billable Hours | 500.000 | 0.000 | 0.000 | 0.000 |
| | | William Jenkins - 00146 | 7O_Office Bonus | 1,506.000 | 0.000 | 0.000 | 0.000 |

Confidential | Copyright © 2023 by Ceridian HCM, Inc. All rights reserved.        

# Ericksen Arbuthnot
# Bank Summary Report
### November 30, 2021

### SOFA 207 Part 4 #9
### Feb 4 2021 - Feb 3 2023

| Name | Description of the gifts or contributions | Date | Value | Relationship to debtor |
|------|-------------------------------------------|------|-------|------------------------|
| Food Bank of Contra Costa & Solano<br>4010 Nelson Ave<br>Concord CA 94520 | Charitable contribution | 11/30/2021 | 2,000.00 | Independent Charity |
| Los Angeles Food Bank<br>1734 East 41st Street<br>Los Angeles CA 90058 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| Marjorie Mason Center<br>1600 M Street<br>Fresno CA 93721 | Charitable contribution | 11/30/2021 | 2,000.00 | Independent Charity |
| Sacramento Food Bank & Family Svcs<br>3333 3rd Avenue<br>Sacramento CA 95817 | Charitable contribution | 11/30/2021 | 2,000.00 | Independent Charity |
| Second Harvest of Silicon Valley<br>4001 N 1st Street<br>San Jose CA 95134 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| St Vincent de Paul Society of Santa Clara<br>PO Box 5579<br>San Jose CA 95150-5579 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| Union Rescue Mission<br>545 S San Pedro Street<br>Los Angeles CA 90012 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| | | | 10,000.00 | |
| | | | **10,000.00** | |

# Ericksen Arbuthnot
## Bank Summary Report
### November 30, 2021

### SOFA 207 Part 4 #9
### Feb 4 2021 - Feb 3 2023

| Name | Description of the gifts or contributions | Date | Value | Relationship to debtor |
|------|-------------------------------------------|------|-------|------------------------|
| Food Bank of Contra Costa & Solano<br>4010 Nelson Ave<br>Concord CA 94520 | Charitable contribution | 11/30/2021 | 2,000.00 | Independent Charity |
| Los Angeles Food Bank<br>1734 East 41st Street<br>Los Angeles CA 90058 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| Marjorie Mason Center<br>1600 M Street<br>Fresno CA 93721 | Charitable contribution | 11/30/2021 | 2,000.00 | Independent Charity |
| Sacramento Food Bank & Family Svcs<br>3333 3rd Avenue<br>Sacramento CA 95817 | Charitable contribution | 11/30/2021 | 2,000.00 | Independent Charity |
| Second Harvest of Silicon Valley<br>4001 N 1st Street<br>San Jose CA 95134 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| St Vincent de Paul Society of Santa Clara<br>PO Box 5579<br>San Jose CA 95150-5579 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |
| Union Rescue Mission<br>545 S San Pedro Street<br>Los Angeles CA 90012 | Charitable contribution | 11/30/2021 | 1,000.00 | Independent Charity |

|  |  |  | 10,000.00 |  |
|--|--|--|-----------|--|
|  |  |  | **10,000.00** |  |

| Pay Group | | Employee | Date Range Earnings |
|---|---|---|---|
| **Feb. 04.2022 through Feb.03.2023** | | | |

Partners Shareholders

| | | Albert Finch III - 00400 | 158,571.25 |
|---|---|---|---|
| | | Angela Kim - 00033 | 145,821.21 |
| | | Brett Runyon - 00192 | 103,482.99 |
| | | Brian Sanders - 00543 | 133,026.74 |
| | | Charles Painter - 00142 | 128,713.49 |
| | | David Frankenberger - 00516 | 117,831.51 |
| | | Graham Cridland - 00168 | 118,076.55 |
| | | Jesse Boyd - 00250 | 130,464.80 |
| | | Joseph Minioza - 00433 | 154,299.65 |
| | | Mark Kiefer - 00173 | 135,708.71 |
| | | Sharon Hightower - 00190 | 152,533.37 |
| | | Von Reyes - 00442 | 149,381.85 |
| | | William Jenkins - 00146 | 103,039.43 |

Partners Non Shareholders

| | | Carol Seita - 00200 | 90,859.52 |
|---|---|---|---|
| | | Douglas Kilduff - 00141 | 35,130.00 |
| | | Gabriel Ullrich - 00180 | 138,216.00 |
| | | Michael Lehman - 00256 | 96,885.09 |
| | | Royce Huang - 00211 | 136,708.69 |
| | | Grand | 2,228,750.85 |

ERICKSEN ARBUTHNOT Bonuses by date range Feb.04.2022 - Feb 03/2023

| Location | Earning Name | Earning Type | Employee Number | Employee Name | Pay Date | Amount |
|---|---|---|---|---|---|---|
| | | | | **Grand Total** | | 212,351.00 |
| | | | | | | |
| | | | | **BOYD, JESSE A Total** | | 2,631.00 |
| Concord Office - 100 | 7O_Office Bonus | Normal | 00250 | BOYD, JESSE A | 4/15/22 | 2,631.00 |
| | | | | **CRIDLAND, GRAHAM M Total** | | **9,006.00** |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 2/15/22 | 750.00 |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 3/15/22 | 1,250.00 |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 4/15/22 | 2,000.00 |
| Sacramento office - 100 | 7O_Office Bonus | Normal | 00168 | CRIDLAND, GRAHAM M | 4/15/22 | 1,506.00 |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 5/13/22 | 750.00 |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 6/15/22 | 750.00 |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 8/15/22 | 1,000.00 |
| Sacramento office - 100 | 7A_Billable Hours | Normal | 00168 | CRIDLAND, GRAHAM M | 9/15/22 | 1,000.00 |
| | | | | **Finch III, Albert T Total** | | **14,750.00** |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 2/15/22 | 1,000.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 3/15/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 4/15/22 | 2,500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 5/13/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 6/15/22 | 1,000.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 7/15/22 | 1,500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 8/15/22 | 1,250.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 9/15/22 | 2,500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 10/14/22 | 2,000.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00400 | Finch III, Albert T | 11/15/22 | 1,500.00 |
| | | | | **Frankenberger, David J Total** | | 15,500.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 2/15/22 | 1,250.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 3/15/22 | 2,500.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 4/15/22 | 2,500.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 5/13/22 | 2,500.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 6/15/22 | 2,500.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 7/15/22 | 2,500.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 8/15/22 | 1,250.00 |
| Fresno Office - 100 | 7A_Billable Hours | Normal | 00516 | Frankenberger, David J | 9/9/22 | 500.00 |
| | | | | **Hightower, Sharon Total** | | 8,750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 2/15/22 | 500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 3/15/22 | 500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 4/15/22 | 1,500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 5/13/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 6/15/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 7/15/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 8/15/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 9/15/22 | 750.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 10/14/22 | 500.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 11/15/22 | 1,000.00 |
| San Jose Office - 100 | 7A_Billable Hours | Normal | 00190 | Hightower, Sharon | 12/15/22 | 1,000.00 |
| | | | | **HUANG, ROYCE Total** | | 20,500.00 |
| Los Angeles Office - 200 | 7A_Billable Hours | Normal | 00211 | HUANG, ROYCE | 2/15/22 | 1,000.00 |