# United States Bankruptcy Court
## Northern District of California

In re **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**          Case No. __23-40134__
_____
Debtor(s)          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert Terry Finch**<br>**554 15th Street**<br>**Santa Monica, CA 90402** | | **1** | **Share** |
| **Angela Kim**<br>**3053 Punta Del Este Drive**<br>**Hacienda Heights, CA 91745** | | **1** | **Share** |
| **Brian Sanders**<br>**5249 Mohican Way**<br>**Antioch, CA 94531** | | **1** | **Share** |
| **Jesse Boyd**<br>**55 Berkeley Ave.**<br>**Orinda, CA 94563** | | **1** | **Share** |
| **Joseph J Minioza**<br>**7173 Watsonia Drive**<br>**San Ramon, CA 94582** | | **1** | **Share** |
| **Mark L. Kiefer**<br>**11204 Grayridge Drive**<br>**Culver City, CA 90230** | | **1** | **Share** |
| **Sharon Hightower**<br>**756 Azule Ave**<br>**San Jose, CA 95120** | | **1** | **Share** |
| **Von Reyes**<br>**888 Georgetown Place**<br>**San Jose, CA 95126** | | **1** | **Share** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 17, 2023**          Signature      SEE ATTACHED NEXT PAGE
_____          _____
          **Kyle Everett**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of California

In re    **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**      Case No.    **23-40134**

Debtor(s)

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

wind down manager

I, the |of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 17, 2023**          Signature _(signed)_

Kyle Everett

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders