# United States Bankruptcy Court
## Northern District of California

In re  **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**               Case No.  **23-40134**
                            Debtor(s)                                        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 17, 2023**                         /s/ Andrew V. Layden
Date                                          **Andrew V. Layden**
                                              Signature of Attorney or Litigant
                                              Counsel for  **Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**
                                              **Baker & Hostetler LLP**
                                              **200 S. Orange Avenue**
                                              **Suite 2300**
                                              **Orlando, FL 32801**
                                              **407-649-4000 Fax:407-841-0168**
                                              **alayden@bakerlaw.com**