Lauren Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone 310.820.8800
Facsimile 310.820.8859
Email: lattard@bakerlaw.com

Andrew V. Layden
*Admitted Pro Hac Vice*
BAKER & HOSTELTER LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone 407.649.4000
Facsimile 407.841.0168
Email: alayden@bakerlaw.com

Michael T. Delaney (SBN 261714)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44144
Telephone 216.861.7478
Facsimile 216.696.0740
Email: mdelaney@bakerlaw.com

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC., a California corporation,<br><br>   Debtor.<br><br>Tax I.D. No. 94-2271850 | Case No.: 23-40134-WJL<br><br>Chapter 11 Case<br><br>**STATUS REPORT FOR STATUS CONFERENCE ON MARCH 8, 2023**<br><br>Status Conference:<br>Date:    March 8, 2023<br>Time:   10:30 a.m. Pacific Time<br>Place:   U.S. Bankruptcy Court<br>           1300 Clay Street, Room 220<br>           Oakland, CA 94612<br>           or by Zoom |

Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc. ("**Eriksen**" or "**Debtor**"), as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), hereby submits this status report (the "**Status Report**") for the status conference scheduled for March 8, 2023, at 10:30 a.m. (the "**Status Conference**").

The Debtor filed the Chapter 11 Case on February 3, 2023. A detailed description of the facts and circumstances surrounding the Chapter 11 Case is provided in the first day declaration of Kyle Everett, which was filed simultaneously with the Chapter 11 Case and is incorporated herein by reference (Doc. No. 3) (the "**First Day Declaration**"). The Debtor also filed three "first day" motions seeking authority to (a) pay its prepetition employee wages and continue certain employee obligations (the "**Wage Motion**"), (b) continue using its cash collateral (the "**Cash Collateral Motion**"), and (c) employ a noticing agent (respectively, Doc. Nos. 4-6) (the "**BMC Application**" and, together with the Wage Motion and Cash Collateral Motion, the "**First Day Motions**"). Besides the First Day Motions, the Debtor also filed a motion to reject four leases for locations where the Debtor used to operate (Doc. No. 9) (the "**Lease Rejection Motion**"). The Court granted the Wage Motion and Cash Collateral Motion on an interim basis and BMC Application on a final basis during a hearing on February 9, 2023. The Debtor then filed its schedules, statement of financial affairs and other court required disclosures on February 17, 2023. There is a continued hearing on the Wage Motion and Cash Collateral Motion on February 24, 2023, at 10:30 a.m., and the Lease Rejection Motion is scheduled for hearing along with the Status Conference on March 8, 2023, at 10:30 a.m. Additionally, the Section 341 Meeting of Creditors is scheduled for March 6, 2023, at 11:30 a.m.

The Debtor is continuing to wind down its affairs by, among other things, (i) completing client billings through December 31, 2022, (ii) ensuring that former client matters are transferred appropriately, (iii) vacating office spaces and consolidated physical and electronic files, and (iv) collecting remaining accounts receivable. The Debtor's proposed counsel and manager of the firm in dissolution have been in contact with the Subchapter V Trustee regarding the likely contents of a Chapter 11 Plan and anticipate filing a plan on or before the deadline on May 4, 2023. The Debtor is confident that its accounts receivable collections efforts will be successful and, based on

projected collections, anticipates it can file a plan that provides a significant distribution to its anticipated unsecured creditors. Finally, because the Debtor still has possession of some of its former client files, the Debtor intends to file a motion requesting that the Court approve procedures for notice to its former clients concerning either the abandonment, transfer, and/or destruction of client files.

4894-9162-2994.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# **NOTICE**

Notice of this Status Report, whether by facsimile, electronic mail, or U.S. mail, will be given to the following parties: (a) the United States Trustee for the Northern District of California; (b) all secured creditors; (c) the twenty largest unsecured creditors for the Debtor; (d) the Debtor's identified, interested taxing authorities, including the Internal Revenue Service; (e) the State Bar of California; (f) the landlords that are parties to office space leases with the Debtor; and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002. The method of service for each party will be described more fully in the certificate of service prepared by BMC. The Debtor respectfully submits that, under the circumstances, such notice is sufficient, and that no other or further notice of this Status Report is required.

Dated: February 22, 2023.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Andrew V. Layden*
      Andrew V. Layden

*Proposed Attorneys for Debtor*