Lauren Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone 310.820.8800
Facsimile 310.820.8859
Email: lattard@bakerlaw.com

The following constitutes the order of the Court.
Signed: March 7, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Andrew V. Layden
*Pro Hac Vice Pending*
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone 407.649.4000
Facsimile 407.841.0168
Email: alayden@bakerlaw.com

Michael T. Delaney (SBN 261714)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44144
Telephone 216.861.7478
Facsimile 216.696.0740
Email: mdelaney@bakerlaw.com

*Proposed Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 23-40134 WJL |
| ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC., a California corporation, | Chapter 11 Case |
| Debtor. | **ORDER GRANTING DEBTOR'S EX-PARTE APPLICATION FOR APPOINTMENT OF RESPONSIBLE INDIVIDUAL FOR DEBTOR (LOCAL RULE 4002-1)** |
| Tax I.D. No. 94-2271850 | |

Upon consideration of the Ex-Parte Application for Appointment of Responsible Individual for Debtor (Doc. No. 10) (the "**Application**") and the applicable law,

**IT IS HEREBY ORDERED** that Kyle Everett, Senior Managing Director at Development Specialists, Inc., is appointed as the responsible individual for the Debtor pursuant to Local

Bankruptcy Rule 4002-1. Mr. Everett's address is 150 Post Street, Suite 400, San Francisco, CA 94108. His telephone number is (415) 981-2717.

**END OF ORDER**

**Court Service List**

- 3 -