Fear Waddell, P.C.
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for DAVID J. FRANKENBERGER,
 Creditor

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.,<br><br>Debtor(s). | Case No. 23-40134-WJL<br><br>**DECLARATION OF DAVID J. FRANKENBERGER IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGNIZATION**<br><br>Date: June 21, 2023<br>Time: 10:30 a.m.<br>Place: In-Person or Zoom Webinar/AT&T Telconference<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612<br><br>Judge: Hon. William J. Lafferty |

I, David J. Frankenberger, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice my profession before all courts in the State of California and in this District and am an unsecured creditor in the above-entitled bankruptcy case, after having submitted a timely Proof of Claim with this Court in the amount of $369,900.

2. I was employed by the law firm of Ericksen, Arbuthnot, Kilduff, Day

& Lindstrom, Inc. ("Debtor") from August 1, 2002 to September 11, 2022, and was a shareholder in the Debtor corporation from October 1, 2007 to September 11, 2022.

3. As of September 11, 2022, I owned 421 shares of Debtor's stock, to wit, approximately 8.9957% of all available stock in the corporation.

4. From October 1, 2014 through August 12, 2022, I held a seat on Debtor's Board of Directors, and held Officer positions of Vice President and Secretary during that time. I also served as Managing Partner of Debtor's Fresno, California branch office from April 1, 2013 to September 11, 2022.

5. I submit this Declaration in Support of the instant Motion to Appoint Chapter 11 Trustee.

6. If called as a witness, I could and would competently testify to the following from my own personal knowledge.

7. From October 1, 2020 to August 12, 2022, Debtor's Board of Directors consisted of attorneys/shareholders Joseph J. Minioza (Concord, CA), Von Ryan Reyes (San Jose, CA), David J. Frankenberger, William A. Jenkins (Sacramento, CA), Mark L. Kiefer/Angela Kim (Los Angeles, CA), Sharon Hightower (San Jose, CA), and Graham A. Cridland (Sacramento, CA).

8. I provided Debtor's Board of Directors with thirty (30) days written notice of my intent to separate from Debtor's law firm on August 12, 2022. On that same day, shareholder William A. Jenkins provided Debtor's Board of Directors with thirty (30) days written notice of his intent to leave Debtor's law firm.

9. As of August 12, 2022, Debtor's Officers consisted of: Joseph J. Minioza (President); Von Ryan Ryes (Treasurer); Sharon Hightower (Vice President); Graham A. Cridland (Chairman of the Board); and, David J. Frankenberger (Secretary). Further, at all relevant times herein, James E. Therien,

CPA ("JET") served as Debtor's Controller/Firm Administrator and Manager of Debtor's Corporate Office located at 570 Lennon Lane, in Walnut Creek, California.

10. Carol Alice Therien ("CAT") is JET's wife and a principal in an unrelated corporation commonly referred to as Retail Pacific, Inc. ("Retail Pacific"), a business surreptitiously operated, at all relevant times, by JET and CAT out of 570 Lennon Lane, in Walnut Creek, California.

11. On or about April 9, 2020, Debtor applied for a $1,487,500 SBA Payroll Protection Plan ("PPP") loan due to COVID-19.

12. On or about May 6, 2020, a total of $1,487,500 was deposited in a separate bank account JET established at City National Bank. These funds, in turn, were utilized by Debtor to pay Debtor's payroll for approximately 3 and ½ months, resulting in an excess of $1,487,500 in funds in Debtor's General Account at City National Bank. After taxes were paid to the California Franchise Tax Board, approximately $1.38 million in excess "PPP" funds remained in Debtor's General Account at City National Bank.

13. At Debtor's Annual Shareholder Meeting in October 2020, Debtor's shareholders discussed that should be done with the approximate $1.38 million in excess "PPP" funds remaining in Debtor's General Account at City National Bank. In turn, in or about early-2021, Debtor's Board of Directors voted in favor of keeping the $1.38 million in excess PPP funds in Debtor's General Account at City National Bank and further voted that these funds totaling $1.38 million would not be utilized by Debtor without advance notice to all shareholders and a vote of Debtor's Board of Directors in favor of utilizing such funds for a specific purpose to be authorized by the Board of Directors. This policy was conveyed to JET and was repeated at numerous monthly Board of Director Meetings from early-2021 through June 2022, with JET in attendance at all such monthly Board of Directors

meetings.

14. On October 5, 2021, Debtor's Board of Directors retained Van Dermyden Makus Law Corporation (Firm) to commence an independent investigation for Debtor regarding concerns raised by several employees working in Debtor's Corporate Office about the conduct of Firm Administrator – Controller JET, as well as additional concerns about JET raised by departing employees in exit interviews and by other employees interviewed in the course of the investigation. The complaining employees claimed JET engaged in conduct implicating Debtor's Equal Employment Opportunity (EEO) policy and its Abusive Conduct Prevention policy.

15. On or about January 19, 2022, Leo Muniz from Van Dermyden Makus provided Debtor's Board of Directors with a written report confirming JET's violations of Debtor's Equal Employment Opportunity (EEO) policy and its Abusive Conduct Prevention policy.

16. In or about February 2022, Debtor's Board of Directors voted unanimously to "separate from" JET as Debtor's Controller/Firm Administrator upon the stated grounds that the Board of Directors "did not trust" JET with Debtor's finances, and in view of the written report received from Leo Muniz of Van Dermyden Makus.

17. From February 23, 2022 to July 15, 2022, Debtor's Board of Directors actively negotiated a "Severance Agreement" with JET whereby Debtor would separate from JET in exchange for $110,000 in "severance pay" from Debtor to JET.

18. JET's purported last day on the job with Debtor was scheduled for July 15, 2022; however, JET refused to execute his "offboarding paperwork" and/or the Severance Agreement that Debtor's Board of Directors presented to him.

DECLARATION OF DAVID J. FRANKENBERGER [ETC.] - 4

19. On or about July 21, 2022, Debtor hired Ammar Latif to replace JET as Debtor's Controller/Firm Administrator. Debtor's Board of Directors, at that time, voted in favor of keeping JET employees with Debtor on a short-term basis to "train" Mr. Latif. In turn, on or about August 25, 2022, Debtor parted ways with Mr. Lattif as Debtor's replacement Controller/Firm Administrator. On or about that same date, Mr. Lattif sent a note to Debtor's Board of Directors explaining that he received no "supervision" and/or training from JET and questioned Debtor's accounting practices, stating that everyone does "accounting" at Debtor's Corporate Office "except real accountants."

20. As of February 2022, there was approximately $2.9 million in total funds – including $1.38 million in excess PPP funds, in Debtor's General Account at City National Bank. Only three (3) of Debtors employees – JET, President Joseph J. Minioza, and Treasurer Von Ryan Reyes – had access to these funds as held in Debtor's General Account at City National Bank.

21. As of June 28, 2022, Treasurer Von Ryan Reyes reported that Debtor had $931,122.29 in its General Account at City National Bank.

22. On August 10, 2022, Viorica "Vio" Stoenescu ("Stoenescu"), an employee in Debtor's Corporate Office, reported to Debtor's Board of Directors that Debtor would only have $214,841.33 remaining in its General Account at City National Bank after hitting "send" on Debtor's August 15, 2022 payroll, exclusive of the $110,000 offered to JET as "severance pay." In turn, on August 10, 2022 at or about 5:39 p.m., Debtor Treasurer Von Ryan Reyes sent an email message to Debtor's Board of Directors indicating, "I don't necessarily understand why… *Over $1 million in PPP money has disappeared*."

23. On May 24, 2022, shareholders David J. Frankenberger and Brett L. Runyon filed a Summons and Verified Complaint for Enforcement of Right to Inspect Records of Corporation, against defendant Ericksen, Arbuthnot, Kilduff,

Day & Lindstrom, Inc., in Fresno County Superior Court ("FCSC") Case No. 22 CE CG 01589. The parties to FCSC Case No. 22 CE CG 01589 in turn stipulated to have *Frankenberger, et al. v. Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.* heard by an agreed-upon arbitrator, the Honorable Stephen J. Kane (Ret.).

24. On September 29, 2022, Justice Kane issued an Interim Order in connection with FCSC Case No. 22 CE CG 01589, ordering, amongst other things, that Debtor produce the following financial documents to plaintiffs Frankenberger and Runyon: federal and state income tax returns; Articles of Incorporation; Bylaws and Amendments to Bylaws; profit and loss statements and annual balance sheets including "backup" documentation; all reimbursement checks paid to JET; bonus checks paid to JET; Debtor's IRA Form W-2's provided to JET; written employment contracts between Debtor and JET; written lease agreements and sub-lease agreements between Debtor and CAT dba Retail Pacific, Inc.; reporting showing the gross amount billed out to each client; RINA Accountancy & Advisors reports determining Debtor's stock value; unpaid bank promissory notes; bank account statements; reports showing "fixed expenses" sustained at each of Debtor's branch offices including the Corporate Office in Walnut Creek; and, all reports showing "variable expenses" sustained at each of Debtor's branch offices including the Corporate Office in Walnut Creek.

25. In November 2022, Debtor produced some documents to plaintiff Frankenberger and Runyon in response to Justice Kane's September 29, 2022 Interim Order but failed/refused to produce "backup" documentation for Debtor's profit and loss statements and annual balance sheets; certain reimbursement checks paid to JET; certain bonus checks paid to JET; written lease agreements and sub-lease agreements between Debtor and CAT/Retail Pacific, Inc.; full and complete bank account statements; and, backup documentation evidencing payments received and payments made by Debtor secondary to the bank account statements

Debtor did produce.

26. At no time between February 2022 and August 10, 2023 did Debtor's Board of Directors vote in favor of allowing JET, Debtor President Joseph J. Minioza, and/or Debtor Treasurer Von Ryan Reyes to utilize of the $1.38 million in excess PPP funds in Debtor's General Account at City National Bank as of February 1, 2022, and it appears JET utilized and/or embezzled all monetary funds in Debtor's City National Bank as of February 1, 2022, including, but not limited to, $1.38 in excess "PPP" funds.

27. Debtor President Joseph J. Minioza gave his thirty (30) day written notice to Debtor in or about October 2022.

28. Debtor Treasurer Von Ryan Reyes remained with Debtor through December 31, 2022. Further, Mr. Reyes' San Jose-based partner/shareholder, Sharon Hightower, remained with Debtor through December 31, 2022.

29. JET remains a Debtor employee through the present date and is being paid by Debtor through Debtor's bankruptcy estate.

30. On information and belief, Reyes, Hightower, and JET were responsible for retaining Kyle Everett as Debtor's "Wind Down Manager" and Mr. Everett is being paid by Debtor's bankruptcy estate to serve in this capacity.

31. Debtor filed the instant Bankruptcy Petition on February 3, 2023. In turn, appropriate law enforcement entities in Fresno and Contra Costa Counties initiated criminal investigations concerning the disappearance of approximately $2.9 million in missing funds, from Debtor, between approximately February 1, 2022 and August 10, 2022, as related to suspected fraud and embezzlement.

32. From my perspective as a former Shareholder and member of Debtor's Board of Directors, $2.9 million of Debtor's funds went missing between February 1, 2022 and August 10, 2022 due to a fraudulent scheme carried out by Debtor's Controller JET which scheme also involved dishonesty, incompetence,

DECLARATION OF DAVID J. FRANKENBERGER [ETC.] - 7

and/or gross mismanagement of Debtor's management before commencement of the instance bankruptcy case, in particular the gross negligence of Debtor's San Jose-based shareholders Von Ryan Reyes and Sharon Hightower in supervising JET's accounting practices. A full investigation of this activity needs to take place, and it needs to be done by an independent court-appointed fiduciary.

33. Further, since JET remains Debtor's employee and Debtor's San Jose-based shareholders were responsible for the hiring of Wind Down Manager DSI, it is my belief that it's in the best interests of all creditors that DSI not be the party responsible for managing the investigation into Debtor's financial affairs and litigation on behalf of the estate.

I declare under penalty of perjury pursuant to the law of the United States of America that the foregoing is true and correct. Executed this 16th day of June 2023, at Fresno, California.

_____
David J. Frankenberger

DECLARATION OF DAVID J. FRANKENBERGER [ETC.] - 8

Case: 23-40134    Doc# 157-1    Filed: 06/16/23    Entered: 06/16/23 18:20:53    Page 8 of 8