Entered on Docket
June 21, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW D. METZGER (#240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Ste 314
San Mateo, CA 94402
t. (415) 513-5980
f. (415) 513-5985
e. mmetzger@belvederelegal.com

Attorney for Creditor Pennsylvania Lumberman's Mutual Insurance Company

The following constitutes the order of the Court.
Signed: June 21, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.<br><br>Debtor. | Case No. 23-40134 WJL 11<br><br>**STIPULATED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Date:** June 14, 2023<br>**Time:** 10:30 a.m.<br>**Place:** In-Person or Zoom Webinar/AT&T Teleconference<br>1300 Clay Street,<br>Courtroom 220<br>Oakland, CA 94612<br><br>**Judge:** Hon. William J. Lafferty, III |

The *Motion for Relief from the Automatic Stay* (the "Motion") filed by creditor Pennsylvania Lumberman's Mutual Insurance Company ("PLMIC") came before the Court for a regularly scheduled hearing at the above cate and time. Appearances were noted on the record. Notice and service being proper, good cause appearing, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

ORDER GRANTING MOTION TO ALLOW FILING OF LATE PROOF OF CLAIM

2.	The automatic stay under 11 U.S.C. § 362(a) is lifted as to the pre-petition litigation matter *Pennsylvania Lumberman's Mutual Insurance Company v. Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.*, Santa Clara County Superior Court Case No. 21CIV391434 (the "State Court Action"), upon entry of the instant order.

3.	The 14-day stay of enforcement provided by Bankruptcy Rule 4001(a)(3) is waived.

4.	After entry of the instant order, PLMIC shall be entitled to continue to prosecute the State Court Action.

5.	After the Plan's Effective Date, PLMIC shall be entitled to liquidate the PLMIC Claim and recover against the proceeds of Debtor's applicable insurance coverage (if any), and no provision of the Plan or this Order shall enjoin or limit PLMIC's right to prosecute pending litigation against the Debtor to liquidate the PLMIC Claim and receive payment from insurance proceeds (if any).

**APPROVED AS TO FORM AND CONTENT:**

DATED: June 14, 2023                **BAKER & HOSTETLER LLP**

By:  */s/ Andrew V. Layden*
Andrew V. Layden
Attorneys for Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.

DATED: June 14, 2023                **BELVEDERE LEGAL, PC**

By:  */s/ Matthew D. Metzger*
Matthew D. Metzger
Attorney for Creditor Pennsylvania Lumberman's Mutual Insurance Company

*\* \* \* END OF ORDER \* \* \**

COURT SERVICE LIST