Lauren Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone 310.820.8800
Facsimile 310.820.8859
Email: lattard@bakerlaw.com

Andrew V. Layden
*Admitted Pro Hac Vice*
BAKER & HOSTELTER LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone 407.649.4000
Facsimile 407.841.0168
Email: alayden@bakerlaw.com

Michael T. Delaney (SBN 261714)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44144
Telephone 216.861.7478
Facsimile 216.696.0740
Email: mdelaney@bakerlaw.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 94-2271850 | Case No.: 23-40134-WJL<br><br>Chapter 11 Case<br><br>**SECOND QUARTERLY POST-CONFIRMATION STATUS REPORT** |

Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc. (the "Liquidating Debtor"), hereby submits this second quarterly post-confirmation status report (the "Status Report") in accordance with paragraph 5(e) of the Order Confirming Plan (the "Confirmation Order") (Doc. No. 167).[1]

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Plan of Reorganization for Small Business Under Chapter 11 (the "**Plan**") (Doc. No. 107).

On February 3, 2023, the Debtor commenced with this Court a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code. On June 23, 2023, the Court entered the Confirmation Order. On July 10, 2023, the effective date of the Plan occurred (the "Effective Date") (Doc. No. 175). On October 9, 2023, the Liquidating Debtor filed its First Quarterly Post-Confirmation Status Report (Doc. No. 205) ("First Report"). Pursuant to paragraph 5(e) of the Confirmation Order, the Liquidating Debtor provides the following report:

1. Since the First Report, the Liquidating Debtor has (i) continued efforts to collect on outstanding accounts receivable, (ii) continued to perform an ongoing analysis of claims against the Debtor in order to identify objectionable claims and obtained an extension of the deadline for the Liquidating Debtor to file objections to claims to January 21, 2024 (Doc. No. 215), (iii) filed an adversary proceeding objecting to certain claims of former shareholders pursuant to 11 U.S.C. § 510(b) which is currently set for a scheduling conference on January 31, 2024 at 10:30 a.m. PST; (iv) continued actions related to winding down the Debtor's business, and (iv) continued its ongoing investigation into the Causes of Action owned by the Liquidating Debtor, including the allegations raised in the *Objection to Confirmation of Debtor's Plan of Reorganization dated May 4, 2023* filed by David Frankenberger (Doc. No. 157).

2. As of the filing of this Status Report, the Liquidating Debtor has not decided to abandon any Cause of Action.

Dated: January 8, 2024

Respectfully submitted,

BAKER & HOSTETLER LLP

By:    /s/ Andrew V. Layden
        Andrew V. Layden

*Attorneys for Debtor*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
ORLANDO

## COURT SERVICE LIST

**None**